IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-15-03421-RNO |
| STEPHEN MATLIN, | : | CHAPTER 7 |
| DEBTOR. | : | |

### TRUSTEE'S OBJECTION TO DEBTOR'S MOTION
### TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON REAL PROPERTY

Mark J. Conway, Trustee ("Trustee") of the Estate of Stephen Matlin ("Debtor"), through his undersigned counsel, hereby objects to the Debtor's Motion to Compel Chapter 7 Trustee to Abandon Real Property, as he is currently investigating the value of real property known as 629 Lakeview Drive, Lake Ariel, Pennsylvania ("Property"), due to the fact that Debtor's initial Schedule A filed on August 10, 2015, valued the Property at $342,800.00 and indicated that it was completely encumbered in the sum of $359,107.07; however, recent filings indicate that there is significant equity in the Property.

Debtor has now filed an Amended Schedule A/B valuing the Property at $410,000.00, an Amended Schedule C claiming an exemption of $22,975.00, and a Motion to Compel Chapter 7 Trustee to Abandon Real Property, on July 30, 2018, so that the Debtor could move forward with the sale of the Property for the gross sum of $410,000.00.

Given the fact that there are over $86,000.00 in claims on the Claims Register and it is now apparent that the Property is worth substantially more than initially indicated, it is the Trustee's intention to sell the Property through the

bankruptcy estate, so that it may be administered for the benefit of administrative claims, unsecured priority claims and unsecured creditors.

**WHEREFORE,** the Trustee respectfully requests that this Court sustain the Trustee's Objection to Debtor's Motion to Compel Chapter 7 Trustee to Abandon Real Property and for all other relief that this Court deems just and appropriate.

**LAW OFFICES OF MARK J. CONWAY, P.C**

DATED: August 13, 2018
/s/ Mark J. Conway
Mark J. Conway, Trustee
502 S. Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

Counsel for Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5-15-03421-RNO |
| STEPHEN MATLIN, | CHAPTER 7 |
| DEBTOR. | |

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal hereby certify that I have caused to be served this 13th day of August, 2018, a true and correct copy of the Trustee's Objection to Debtor's Motion to Compel Chapter 7 Trustee to Abandon Real Property using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addresses:

U.S. Trustee
228 Walnut Street
Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

John J. Martin, Esquire
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA 18431
jmartin@martin-law.net

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Telephone (570) 343-5350
Facsimile (570) 343-5377