# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>STEPHEN MATLIN<br>            Debtor<br><br>MARK J. CONWAY, CHAPTER 7 TRUSTEE FOR THE ESTATE OF STEPHEN MATLIN<br>            Movant<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC (HSBC BANK USA, NA), SPECIALIZED LOAN SERVICING, LLC, AS SERVICER FOR FV-1, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS, LLC, INTERNAL REVENUE SERVICE, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, ROAMINGWOOD SEWER & WATER AUTHORITY, THE HIDEOUT PROPERTY OWNERS ASSOCIATION, WESTERN WAYNE SCHOOL DISTRICT, SALEM TOWNSHIP TAX COLLECTOR, WAYNE COUNTY TAX COLLECTOR<br><br>ATTN: CORPORATE OFFICER OR PERSON IN CHARGE<br>            Respondents | Chapter    7<br>Case Number:    5-15-bk-03421-JJT<br><br><br><br><br><br>Nature of Proceeding:    Trustee's Motion to Shorten Response Period to Trustee's Notice to Sell Real Property of the Estate Free and Clear of Liens and Encumbrances and to Schedule an Expedited Hearing, If Necessary, on Any and All Objections (Doc. #72) |

## ORDER

**IT IS HEREBY ORDERED** that a **HEARING** on the above Motion to Shorten Response Period to Trustee's Notice to Sell Real Property is scheduled for Thursday, **AUGUST 23, 2018**, at **9:30 a.m.** in the United States Bankruptcy Court, Max Rosenn US Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

Movant/Trustee is directed to *immediately* notify and serve a copy of this Order on the buyer, realtor, and all other interested parties via phone, fax, email and/or in a manner sufficient to provide adequate notice to the parties. Proof of service shall be filed on or before the scheduled hearing.

Date: August 21, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (CMP)