IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5-15-03421-RNO |
| STEPHEN MATLIN, | |
| DEBTOR. | CHAPTER 7 |
| MARK J. CONWAY, CHAPTER 7 TRUSTEE FOR THE ESTATE OF STEPHEN MATLIN, | |
| MOVANT, | |
| VS. | |
| OCWEN LOAN SERVICING LLC (HSBC BANK USA, NA), SPECIALIZED LOAN SERVICING LLC, AS SERVICER FOR FV-1, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS, LLC, INTERNAL REVENUE SERVICE, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, ROAMINGWOOD SEWER & WATER AUTHORITY, THE HIDEOUT PROPERTY OWNERS ASSOCIATION, WESTER WAYNE SCHOOL DISTRICT, SALEM TOWNSHIP TAX COLLECTOR, WAYNE COUNTY TAX COLLECTOR, ATTN: CORPORATE OFFICER OR PERSON IN CHARGE | |
| RESPONDENTS. | |

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on the 21st day of August, 2018, I e-mailed the Order Scheduling August 23, 2018 Hearing on the Trustee's Motion

to Shorten Response Period to Trustee's Notice to Sell Real Property of the Estate Free and Clear of Liens and Encumbrances and to Schedule an Expedited Hearing, If Necessary, on Any and All Objections to the following parties at the e-mail addresses listed below:

John J. Martin, Esquire
jmartin@martin-law.net
(Debtor's Counsel)

Noelle Mundy
nmundy@martin-law.net

Heather Meagher
heathermeagher@hotmail.com
(Seller's Realtor)

Christopher Baldolato
croyal@ptd.net
(Buyer's Realtor)

All Pocono Settlement Services
processor1@apsspa.net
(Title Company for Buyer)

Matthew Smith & Deanna Smith
Hptg1@comcast.net
(Buyer)

And I, Constance Norvilas, hereby certify that on this 22nd day of August, 2018, I faxed the Order Scheduling August 23, 2018 Hearing on the Trustee's Motion to Shorten Response Period to Trustee's Notice to Sell Real Property of the Estate Free and Clear of Liens and Encumbrances and to Schedule an Expedited Hearing, If Necessary, on Any and All Objections to the following parties at the fax numbers listed below:

Stern & Eisenberg
(443) 815-3931
(Counsel for Ocwen Loan Servicing/HSBC Bank USA, NA)

James C. Warmbrodt, Esquire/KML Law Group
(215) 627-7734
(Counsel for Specialized Loan Servicing as servicer for FV-I, Inc.,
in trust for Morgan Stanley Mortgage Capital Holdings LLC)

Roamingwood Sewer & Water
(570) 698-9485

Association of Property Owners of The Hideout, Inc.
(570) 698-9457

Wayne County Tax Collector
(570) 253-5418

Internal Revenue Service
(855) 3839723

And I, Constance Norvilas, hereby certify that on this 22nd day of August, 2018, I telephoned the following parties and left a message regarding the Order Scheduling August 23, 2018 Hearing on the Trustee's Motion to Shorten Response Period to Trustee's Notice to Sell Real Property of the Estate Free and Clear of Liens and Encumbrances and to Schedule an Expedited Hearing, If Necessary, on Any and All at the phone numbers listed below:

New York State Department of Taxation and Finance
(518) 457-5181

Western Wayne School District
(800) 321-9973

Salem Township Tax Collector
(570) 689-2360

**LAW OFFICES OF MARK J. CONWAY, P.C.**

 /s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350