IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5-15-03421-JJT |
| STEPHEN MATLIN, | |
| DEBTOR. | CHAPTER 7 |
| MARK J. CONWAY, CHAPTER 7 TRUSTEE FOR THE ESTATE OF STEPHEN MATLIN, | |
| MOVANT, | |
| VS. | |
| OCWEN LOAN SERVICING LLC (HSBC BANK USA NA), SPECIALIZED LOAN SERVICING LLC, AS SERVICER FOR FV-1, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS, LLC, INTERNAL REVENUE SERVICE, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, | |
| ATTN: CORPORATE OFFICER OR PERSON IN CHARGE | |
| RESPONDENTS. | |

**NOTICE OF TRUSTEE'S INTENTION TO SELL REAL PROPERTY
<u>FREE AND CLEAR OF LIENS AND ENCUMBRANCES</u>**

**NOTICE IS HEREBY GIVEN** that a Motion Seeking Authority for Sale Free and Clear of Liens and Encumbrances has been filed with the Bankruptcy Court by the Chapter 7 Trustee, Mark J. Conway, in the above-captioned case.

It is the intention of the Trustee to sell free and clear of liens and encumbrances, the Debtor's real property and improvements known as 629 West Lakeview Drive, Village of Lake Ariel, Township of Salem, County of Wayne, Commonwealth of Pennsylvania, (Tax Map No. 22-0-0023-0103) to Matthew Smith & Deanna Smith, for the sum of Four Hundred Ten Thousand Dollars ($410,000.00). Any liens, if any, shall attach to the sale proceeds.

The Motion may be examined during regular business hours at the Office of the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701. All inquiries, including inquiries to examine the property prior to sale should be directed to Mark J. Conway, Esquire, at the

address and phone number listed below and not to the United States Bankruptcy Court Clerk.

      Any objections to this Motion must be filed with the Office of the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main Street, Wilkes-Barre, Pennsylvania 18701, with a copy served upon Mark J. Conway, Esq., 502 South Blakely Street, Dunmore, PA 18512, on or before <u>twenty-one (21) days</u> from the date of this Notice. In the absence of any timely filed Objections, the Court may enter an Order authorizing the sale requested under this Motion.

      In the event Objections or Responses are filed, a hearing will be held on October 11, 2018 at 9:30 A.M. at United States Bankruptcy Court, Courtroom #2, 274 Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701.

**LAW OFFICES OF MARK J. CONWAY, P.C.**
502 South Blakely St.
Dunmore, PA 18512
(570) 343-5350
Counsel for Trustee

DATED: August 29, 2018

MARK J. CONWAY, ESQ.
502 SOUTH BLAKELY STREET
DUNMORE, PA 18512

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 5-15-03421-JJT |
| STEPHEN MATLIN, : | |
| : | |
| DEBTOR. : | CHAPTER 7 |
| MARK J. CONWAY, CHAPTER 7 : | |
| TRUSTEE FOR THE ESTATE OF : | |
| STEPHEN MATLIN, : | |
| : | |
| MOVANT, : | |
| : | |
| VS. : | |
| : | |
| OCWEN LOAN SERVICING LLC : | |
| (HSBC BANK USA NA), : | |
| SPECIALIZED LOAN SERVICING LLC, : | |
| AS SERVICER FOR FV-1, INC. IN : | |
| TRUST FOR MORGAN STANLEY : | |
| MORTGAGE CAPITAL HOLDINGS, LLC,: | |
| INTERNAL REVENUE SERVICE, : | |
| NEW YORK STATE DEPARTMENT OF : | |
| TAXATION AND FINANCE, : | |
| : | |
| ATTN: CORPORATE OFFICER OR : | |
| PERSON IN CHARGE : | |
| : | |
| RESPONDENTS. : | |

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on the 28th day of August, 2018, I served the Trustee's Motion Seeking Authority to Sell Real Property of the Estate Free and Clear of Liens and Encumbrances and proposed Order with the Clerk using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addresses:

U.S. Trustee
Middle District of PA
228 Walnut Street
Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

John J. Martin, Esq.
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA 18431
jmartin@martin-law.net

and I hereby certify that on the 29th day of August, 2018, I mailed by United States Postal Service first class mail, with postage pre-paid thereon, the Motion Seeking Authority to Sell Real Property of the Estate Free and Clear of Liens and Encumbrances and proposed Order, along with a Notice and the Order Setting Response Time and Hearing Date issued by the Clerk's Office to the following non CM/ECF participants at the following postal addresses:

Stern & Eisenberg, P.C.
410 The Pavilion
261 Old York Road
Jenkintown, PA 19046
Attn: Corporate Officer or Person in Charge
(Counsel for Ocwen Loan Servicing/HSBC Bank USA, NA)

James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Attn: Corporate Officer or Person in Charge
(Counsel for Specialized Loan Servicing as servicer for FV-I, Inc.,
in trust for Morgan Stanley Mortgage Capital Holdings LLC)

Internal Revenue Service
7 North Wilkes-Barre Boulevard
Wilkes-Barre, PA 18702
Attn: Corporate Officer or Person in Charge

Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346
Attn: Corporate Officer or Person in Charge

Bruce D. Brandler, Esq.
Harrisburg Federal Building and Courthouse
228 Walnut Street, Ste. 220
PO Box 11754
Harrisburg, PA 17108-1754
Attn: Corporate Officer or Person in Charge

Jeff Sessions, Esq.
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Attn: Corporate Officer or Person in Charge

New York State Department of Taxation and Finance
P.O. Box 4127
Binghamton, NY 13902-4127
Attn: Corporate Officer or Person in Charge

Amanda Kate Hiller, Esquire
New York State Department of Taxation and Finance
Building 9 W.A. Harriman Campus
Albany, NY 12227-0001
Attn: Corporate Officer or Person in Charge

Barbara D. Underwood, Esquire
New York State Attorney General
Office of the Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Corporate Officer or Person in Charge

and I hereby certify that on the 29th day of August, 2018, I mailed by United States Postal Service first class mail, with postage pre-paid thereon, the Notice of Trustee's Motion to Sell Real Property Free & Clear of Liens & Encumbrances to all parties on the attached mailing matrix.

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
(570) 343-5350

Label Matrix for local noticing
0314-5
Case 5:15-bk-03421-JJT
Middle District of Pennsylvania
Wilkes-Barre
Wed Aug 29 11:10:19 EDT 2018

Bay Area Ca
1000 Abernathy Rd.
Building 400 Suite
Atlanta, GA 30328-5614

Bay Area Cs
1000 Abernathy Rd.
Building 400 Suite
Atlanta , GA 30328-5614

Chase Auto
PO Box 901076
Fort Worth, TX 76101-2076

Clove Lakes Healthcare & Rehab Center
25 Fanning Street
Staten Island, NY 10314-5307

Mark J. Conway
Law Offices of Mark J Conway PC
502 South Blakely Street
Dunmore, PA 18512-2237

Mark J. Conway (Trustee)
502 South Blakely Street
Dunmore, PA 18512-2237

Diane Droge
194 St. Johns Avenue
Staten Island, NY 10305-2909

Gecrb/samsdc
PO Box 965005
Orlando, Florida 32896-5005

Gecrbsamsdc
P.O. Box 965005
Orlando, FL 32896-5005

HSBC Bank USA
PO Box 6440
Carol Stream, Illinois 60197-6440

Healthcare Associats in Med
2535 Arthur Kill Road
Staten Island, NY 10309-1207

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jordan B. Glaser, MD
1408 Richmaond Road
Staten Island, NY 10304-2312

Jzanus LTD
170 Jericho Turnkpike
Floral Park, NY 11001-2024

John J. Martin
Law Offices John J. Martin
1022 Court Street
Honesdale, PA 18431-1925

Stephen Matlin
1645 The Hideout
Lake Ariel, PA 18436-9567

Mort Serv Ct
2001 Bishop Gate B
Mount Laurel, New Jersey 08054-4604

NYS Department of Taxation and Finance
PO Box 4127
Binghamton, NY 13902-4127

NYU Hospital for Joint Diseases
305 2nd Ave Ste 16
New York, NY 10003-2747

Nco Fin/51
POB 15273
Wilmington, Delaware 19850-5273

Nco Fin51
P.O. Box 15273
Wimington, DE 19850-5273

Ocwen Loan (3451 Hammond Ave, Waterloo,
3451 Hammond Ave
Waterloo, Iowa 50702-5345

One on One Physical Therapy
PO Box 2090
Tarrytown, NY 10591-9090

PO Box 41760
Boston, MA 02241-0001

Physicians of University Hospital
One Edgwater St. 6th Floor
Staten Island, NY 10305-4900

ProJan Professional Cleaning & Restoration,
408 Dennis Road
Honesdale, PA 18431-6512

Roamingwood Sewer & Water Authority
PO Box 6
Lake Ariel, PA 18436-0006

Stavros E. Sitinas
444 Madison Avenue
4th Floor
New York, NY   10022-6903

Staten Island Rehab Machine
One Edgewater Street
6th Floor
Staten Island, NY 10305-4939

| | | |
|---|---|---|
| Staten Island University Hosp<br>PO Box 29772<br>New York, NY 10087-9772 | Stern & Eisenberg, PC<br>410 The Pavilion<br>261 Old York Road<br>Jenkintown, PA 19046-3706 | The Hideout POA<br>640 The Hideout<br>Lake Ariel, PA 18436-9786 |
| Transworld Systems<br>507 Prudential Road<br>Horsham, PA 19044-2308 | Travelworld Systems<br>507 Prudential Road<br>Horsham, PA 19044-2308 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
ACS Support - Stop 5050
PO Box 219236
Kansas City, M<O 64121-9236

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FV-I, Inc. in trust for Morgan Stanley Mor | (u)Regional Claims Recovery | End of Label Matrix<br>Mailable recipients 36<br>Bypassed recipients 2<br>Total 38 |