```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 15-03421-JJT
Stephen Matlin                                                  Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
```

District/off: 0314-5         User: REshelman          Page 1 of 1              Date Rcvd: Aug 29, 2018
                             Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.
              Heather Meagher and Remax Best,   1200 Hamlin Highway, Route 590,,   Lake Ariel, PA 18436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor 1 Stephen  Matlin jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Mark J. Conway    on behalf of Trustee Mark J. Conway (Trustee) info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-15-03421-RNO |
| STEPHEN MATLIN, | : | CHAPTER 7 |
| DEBTOR. | : | |

## ORDER

It is hereby **ORDERED** and **DECREED** that the Trustee is authorized to employ Heather Meagher and Remax Best ("Meagher/Remax"), as Realtor in the above case. Heather Meagher and Remax Best ("Meagher/Remax") shall be compensated at a commission of six (6%) percent relating to the sale of the property located at 629 W. Lakeview Drive, Lake Ariel, Wayne County, Pennsylvania 18436, without further application to the Court.

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel*, 124 F.3d 567 (3rd Cir. 1997).

Dated: August 29, 2018     By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge  RE