# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephen Matlin<br>      Debtor(s)<br><br>Mark J. Conway, Chapter 7 Trustee for the Estate of Stephen Matlin<br><br>      Movant<br><br>vs.<br><br>Ocwen Loan Servicing LLC (HSBC Bank USA, NA), Specialized Loan Servicing LLC, as Servicer for FV-1, Inc. in Trust for Morgan Stanley Mortgage Capital Holdings, LLC, Internal Revenue Service, New York State Department of Taxation and Finance, Attn: Corporate Officer or Person in Charge<br>      Respondents | CHAPTER 7<br><br>NO. 15-03421 JJT |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Answer re: Motion to Sell of Specialized Loan Servicing LLC, as servicer for FV-I, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC, which was filed with the Court on or about **September 19, 2018; Docket No. 82** without prejudice.

                   Respectfully submitted,

                   **/s/ James C. Warmbrodt, Esquire**
                   James C. Warmbrodt, Esquire
                   KML Law Group, P.C.
                   BNY Mellon Independence Center
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106
                   412-430-3594

October 5, 2018