```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 15-03421-JJT
Stephen Matlin                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Oct 09, 2018
                              Form ID: pdf010          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db             +Stephen Matlin,    1645 The Hideout,    Lake Ariel, PA 18436-9567
                Amanda Kate Hiller, Esquire,    New York State Dept of Taxation and Fina,
                  Building 9 W.A. Harriman Campus,    Albany, NY 12227-0001
                Barbara D. Underwood, Esquire,    New York State Attorney General,
                  Office of the Attorney General,    The Capitol,    Albany, NY 12224-0341
                Bruce D. Brandler, Esq.,    Harrisburg Fed Building and Courthouse,
                  228 Walnut Street, Ste. 220,    PO Box 11754,    Harrisburg, PA 17108-1754
                Jeff Sessions, Esq.,    US Department of Justice,    950 Pennsylvania Avenue, NW,
                  Washington, DC 20530-0001
                New York State Dept of Taxation and Finance,    P.O. Box 4127,    Binghamton, NY 13902-4127
4681232        +Stern & Eisenberg, PC,    410 The Pavilion,    261 Old York Road,    Jenkintown, PA 19046-3706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                E-mail/Text: cio.bncmail@irs.gov Oct 09 2018 19:31:06       Internal Revenue Service,
                  Central Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    FV-I, Inc. in trust for Morgan Stanley Mortgage
               Capital Holdings LLC bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor 1 Stephen  Matlin jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              Mark J. Conway    on behalf of Trustee Mark J. Conway (Trustee) info@mjconwaylaw.com,
               connie@mjconwaylaw.com;mjc@mjconwaylaw.com
              Mark J. Conway (Trustee)    PA40@ecfcbis.com,
               mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 5-15-03421-JJT |
| STEPHEN MATLIN, : | |
| : | |
| DEBTOR. : | CHAPTER 7 |
| MARK J. CONWAY, CHAPTER 7 : | |
| TRUSTEE FOR THE ESTATE OF : | |
| STEPHEN MATLIN, : | |
| : | |
| MOVANT, : | |
| : | |
| VS. : | |
| : | |
| OCWEN LOAN SERVICING LLC (HSBC : | |
| BANK USA, NA), : | |
| SPECIALIZED LOAN SERVICING LLC, : | |
| AS SERVICER FOR FV-1, INC. IN : | |
| TRUST FOR MORGAN STANLEY : | |
| MORTGAGE CAPITAL HOLDINGS, LLC, : | |
| INTERNAL REVENUE SERVICE, : | |
| NEW YORK STATE DEPARTMENT OF : | |
| TAXATION AND FINANCE, : | |
| : | |
| ATTN: CORPORATE OFFICER OR : | |
| PERSON IN CHARGE : | |
| : | |
| RESPONDENTS. : | |

 ORDER

**Upon** consideration of the Chapter 7 Trustee's Motion to Sell Real Property of the Estate Free and Clear of Liens and Encumbrances, and after notice to all creditors and parties-in-interest entitled to notice, it is hereby

**ORDERED AND DECREED**

    i)    That the Motion is hereby **GRANTED**; and

ii) That the Trustee shall be authorized to sell the real property known as 629 West Lakeview Drive, Village of Lake Ariel, Township of Salem, County of Wayne, Commonwealth of Pennsylvania, (Tax Map No. 22-0-0023-0103), free and clear of liens and encumbrances, as set forth in the Motion, to Matthew Smith and Deanna Smith, for the sum of Four Hundred Ten Thousand Dollars ($410,000.00); and

iii) That the Trustee shall be authorized to execute any and all documents necessary to consummate the subject sale, including a Trustee's Deed on behalf of the Estate, conveying title of the subject property to the buyers and to distribute the sale proceeds as set forth in the Motion; and

iv) That the Trustee shall be authorized to pay closing costs and real estate taxes and municipal liens on the sale of the real property from the sale proceeds, including payment of Realtor's commission of 6% to the Estate's Realtor, Heather Meagher and Remax Best, and the reimbursement of the Trustee's counsel, Law Offices of Mark J. Conway, P.C. in the amount of $2,500.00, without further application to the Court, a minimum of $3,000.00 shall be reserved for the payment to allowed unsecured creditors of the Estate; and

v) That the Trustee is further authorized to pay the secured claims in the order of their priority at closing, without further application to the Court; and

vi) That the Trustee shall be authorized to pay the second position mortgage holder, Specialized Loan Servicing, LLC, as Servicer for FV-1, Inc. in Trust for Morgan Stanley Mortgage Capital Holding, LLC, pursuant to its consent and withdrawal of its objection to said sale, a reduced sum of $102,941.76, and retain the sum of $10,000.00 as a carve-out for the Estate's administrative claims and unsecured creditors; and

vii) This is a Final Order not subject to the fourteen (14) day stay under Bankruptcy Rule 6004(h).

Dated: October 9, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)