IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5-15-03421-RNO |
| STEPHEN MATLIN, | CHAPTER 7 |
| DEBTOR. | |

## REPORT OF PRIVATE SALE OF REAL PROPERTY

1. DATE OF SALE: October 12, 2018

2. TRUSTEE: Mark J. Conway

3. PURCHASER: Matthew Smith and Deanna Smith

4. BRIEF DESCRIPTION OF ASSET/PROPERTY ADDRESS: 629 W. Lakeview Drive, Lake Ariel, Wayne County, PA 18436.

5. CONTRACT SALES PRICE: $410,000.00 (See attached Closing Disclosure, Line 01)

6. GROSS SALES PRICE: $415,047.04 (See attached Closing Disclosure)

7. NET TO SELLER: $34,486.35 (See attached Closing Disclosure, Lines 06, 07, Cash to Seller)

8. OTHER COSTS: $380,560.69 (See attached Closing Disclosure)

9. NET AMOUNT REALIZED BY THE ESTATE: $15,500.00 (Carve-out of $13,000.00 & legal fees of $2,500.00), pursuant to an Order dated October 9, 2018. Additionally, the sums of $237,079.16 and $102,941.76 were paid by the Estate to first and second mortgages held against the real property sold and the net was paid was paid to Debtor in lieu of his exemption.

**LAW OFFICES OF MARK J. CONWAY, P.C.**

DATE: May 28, 2019

/s/ Mark J. Conway
MARK J. CONWAY, ESQ.
502 South Blakely Street
Dunmore, PA 18512
(570) 343-5350

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-15-03421-RNO |
| | : | |
| STEPHEN MATLIN, | : | CHAPTER 7 |
| | : | |
| DEBTOR. | : | |

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on this 28th day of May, 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
Middle District of PA
228 W. Market Street
Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Constance Norvilas
Constance Norvilas, Paralegal
502 S. Blakely St.
Dunmore, PA 18512
(570) 343-5350

# Closing Disclosure

**Closing Information**
- Date Issued: 10/12/2018
- Closing Date: 10/12/2018
- Disbursement Date: 10/12/2018
- Settlement Agent: All Pocono Settlement
- File #: SS6357
- Property: Lot 629 Sec 7 H, 629 W. Lake Ariel, PA 18436
- Sale Price: $410,000

**Transaction Information**
- Borrower: Matthew Smith, Deanna Smith
  108 Tipperary Drive
  Phoenixville, PA 19460
- Seller: Stephen Matlin
  1645 The Hideout
  Lake Ariel, PA 18436

## Summaries of Transactions

### SELLER'S TRANSACTION

| | | |
|---|---|---|
| **Due to Seller at Closing** | | **$415,047.04** |
| 01 | Sale Price of Property | $410,000.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 | City/Town Taxes        to | |
| 10 | County Taxes  10/12/2018 to 12/31/2018 | $336.23 |
| 11 | Assessments        to | |
| 12 | HOA Dues 10/12/2018 to 12/31/2018 | $376.15 |
| 13 | School taxes 10/12/2018 to 06/30/2019 | $3,990.41 |
| 14 | Water/Sewer-4th Qtr 10/12/2018 to | $344.25 |
| 15 | | |
| 16 | | |
| **Due from Seller at Closing** | | **$393,560.69** |
| 01 | Excess Deposit | |
| 02 | Closing Costs Paid at Closing (J) | $40,539.77 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | |
| 04 | Payoff of First Mortgage Loan | $237,079.16 |
| 05 | Payoff of Second Mortgage Loan | $102,941.76 |
| 06 | Carve-Out claims to Mark Conway, Trustee | $10,000.00 |
| 07 | Unsecured creditors to Mark Conway, | $3,000.00 |
| 08 | Seller Credit | |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 | City/Town Taxes        to | |
| 15 | County Taxes        to | |
| 16 | Assessments        to | |
| 17 | | |
| 18 | | |
| 19 | | |

### CALCULATION

| | |
|---|---|
| Total Due to Seller at Closing | $415,047.04 |
| Total Due from Seller at Closing | $393,560.69 |
| Cash to Close ☐ From ☑ To Seller | $21,486.35 |

## Contact Information

**REAL ESTATE BROKER (B)**
- Name: Berkshire Hathaway Home Services
- Address: 10 Roosevelt Avenue, Hawley, PA 18428
- License ID: RB068829
- Contact: Chris Badolato
- Contact License ID: RS288048
- Email: croyal@ptd.net
- Phone: (570) 647-7823

**REAL ESTATE BROKER (S)**
- Name: Remax Best
- Address: 1200 Hamlin Highway, Lake Ariel, PA 18435
- License ID:
- Contact: Heather Meagher
- Contact License ID: R8283663
- Email: heathermeagher@remax.net
- Phone: (570) 698-7299

**SETTLEMENT AGENT**
- Name: Ali Pocono Settlement Services, LLC
- Address: 3041 Rt. 940 #106, Mount Pocono, PA 18344
- License ID: 623712
- Contact: Kathryn Koths
- Contact License ID: N/A
- Email: kathryn@apsspa.net
- Phone: (570) 839-6696



**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

## Closing Cost Details

| Loan Costs | Seller-Paid | |
|---|---|---|
| | At Closing | Before Closing |
| **A. Origination Charges** | | |
| 01 % of Loan Amount (Points) | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| **B. Services Borrower Did Not Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| 09 | | |
| 10 | | |
| **C. Services Borrower Did Shop For** | | |
| 01 | | |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |

| Other Costs | | |
|---|---|---|
| **E. Taxes and Other Government Fees** | | |
| 01 Recording Fees Deed: Mortgage: | | |
| 02 State Tax/stamps to Wayne County Recorder of Deeds | $4,100.00 | |
| **F. Prepaids** | | |
| 01 Homeowner's Insurance Premium mo. to | | |
| 02 Mortgage Insurance Premium mo. to | | |
| 03 Prepaid Interest per day from to | | |
| 04 Property Taxes mo. to | | |
| 05 | | |
| **G. Initial Escrow Payment at Closing** | | |
| 01 Homeowner's Insurance per month for mo. | | |
| 02 Mortgage Insurance per month for mo. | | |
| 03 Property Taxes per month for mo. | | |
| 04 Aggregate Adjustment | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **H. Other** | | |
| 01 Cap Assess./Final Read to Roamingwood Water & Sewer | $50.00 | |
| 02 HOA Dues/late fees to The Hideout | $1,781.35 | |
| 03 HOA Resale fee to The Hideout | $200.00 | |
| 04 Notary fee to Chris Halstead | $15.00 | |
| 05 RE Tax-2018 School to Marlene Yedinak, Tax Collector | $5,559.16 | |
| 06 Real Estate Commission Buyers Broker to Berkshire | $12,300.00 | |
| 07 Real Estate Commission Sellers Broker to Remax Best | $12,300.00 | |
| 08 Reimbursement Trustee to Law Offices of Mark J Conway, P.C | $2,500.00 ✓ | |
| 09 Water/Sewer back fees to Roamingwood Water & Sewer | $952.26 | |
| 10 Water/Sewer-3rd/4th Qtr to Roamingwood Water & Sewer | $782.00 | |
| **J. TOTAL CLOSING COSTS** | $40,539.77 | $0.00 |

**Confirm Receipt**
By signing, you are only confirming that you have received this form.

Seller Signature _____ Date _____  Seller Signature _____ Date _____

CLOSING DISCLOSURE  PAGE 2 OF 3

# Addendum

## Closing Information:
Date Issued:  
Closing Date: 10/12/2018  
File No: SS6357  

Property Information: Lot 629 Sec 7 H, 629 W. Lakeview Drive  
Lake Ariel, PA 18436

## Transaction Information:
| | | | |
|---|---|---|---|
| Borrower: | Matthew Smith | Borrower: | Deanna Smith |
| Address: | 108 Tipperary Drive | Address: | |
| City/ST/Zip: | Phoenixville, PA 19460 | City/ST/Zip: | |

Seller: Stephen Matlin  
Address: 1645 The Hideout  
City/ST/Zip: Lake Ariel, PA 18436

| Other Costs | Seller-Paid | |
|---|---|---|
| | At Closing | Before Closing |
| **H. Other** | | |
| 06 Real Estate Commission Buyers Broker to Berkshire Hathaway Home Services Pocono RE | $12,300.00 | |

## SELLER'S TRANSACTION

| | |
|---|---|
| **M. Due to Seller at Closing** | |
| Adjustments for Items Paid by Seller in Advance | |
| 14 Water/Sewer-4th Qtr 10/12/2018 to 12/31/2018 | $344.25 |
| **N. Due from Seller at Closing** | |
| 07 Unsecured creditors to Mark Conway, Trustee | $3,000.00 |

### Additional Text
Text that could not fit on pages 1-5 are shown in full here.

| Area | Full Text |
|---|---|
| Closing Information, Settlement Agent | All Pocono Settlement Services, LLC |