UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: MATLIN, STEPHEN § Case No. 5:15-03421-RNO
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 10, 2015. The undersigned trustee was appointed on August 10, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $         895,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 340,533.04 |
| Administrative expenses | 214,442.49 |
| Bank service fees | 15.67 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 44,461.35 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 295,547.45 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/03/2016 and the deadline for filing governmental claims was 02/06/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $37,686.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $37,686.75, for a total compensation of $37,686.75.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $145.44, for total expenses of $145.44.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/10/2019     By: /s/MARK J. CONWAY, CHAPTER 7 TRUSTEE
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:15-03421-RNO  **Trustee:** (580480) MARK J. CONWAY, CHAPTER 7 TRUSTEE
**Case Name:** MATLIN, STEPHEN  **Filed (f) or Converted (c):** 08/10/15 (f)
  **§341(a) Meeting Date:** 09/11/15
**Period Ending:** 05/10/19  **Claims Bar Date:** 12/03/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 629 Lakeview Drive W., Lake Ariel, PA 18436 - ta Carve-out to Trustee for $13,000.00 | 410,000.00 | 0.00 | | 410,000.00 | FA |
| 2 | Cash on hand  Imported from original petition Doc# 1 | 127.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account at Penn Star Bank  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture and appliances for residence  Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 5 | Doll collection  Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing for debtor  Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Rings, misc. jewelry  Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | 30 shares Verizon stock  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Debtor involved in car accident. Struck by Airpo  Imported from original petition Doc# 1 | Unknown | 50,000.00 | | 485,000.00 | FA |
| 10 | 2004 Jeep Cherokee, 120 k miles, fair condition  Imported from original petition Doc# 1 | 3,181.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 Chrysler 300, 45k miles, good condition  Imported from original petition Doc# 1 | 10,800.00 | 2,197.00 | | 0.00 | FA |
| 12 | Quad, 90hp, purchased 5 years ago used  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Power washer, air compressor, misc. household to  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 13 Assets Totals (Excluding unknown values) | **$433,558.00** | **$52,197.00** | | **$895,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

9/22/15 - Order appt'g MJC issued

12/1/15 - Filed Application to Appoint Special Counsel, who is handling the litigation stemming from Asset #9. 12/9/15 Order issued on same.

9/1/16 - Status update from special counsel: Please be advised that our motion to amend the caption, substituting Mr. Conway in place and stead of Mr. Matlin, was

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:15-03421-RNO  **Trustee:** (580480) MARK J. CONWAY, CHAPTER 7 TRUSTEE
**Case Name:** MATLIN, STEPHEN  **Filed (f) or Converted (c):** 08/10/15 (f)
 **§341(a) Meeting Date:** 09/11/15
**Period Ending:** 05/10/19  **Claims Bar Date:** 12/03/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

granted on July 11th and the decision was filed on July 21, 2016. A copy of the Court's decision is annexed hereto for your records. The case is currently stayed pending discovery. Discovery is permitted to proceed during the stay and deposition dates will be set with the defendants shortly.
Please let me know if there is anything else our office can provide you with.
10/31/16 - MJC e-mailed Sitinas' office requesting copies of Complaint & Answer
12/31/16 - Bar Date expired 12/3/16 - Deadline for Trustee to file addt'l POC's is 1/3/17
(Complaint & Answer not received to date - 12/31/16)

10/24/17 - Update from special counsel indicating plaintiff's deposition went forward and has been completed. The defendants' deposition remains outstanding. The defendants' Independent Medical Examination of our client is scheduled for November 9, 2017. Furthermore, the Court has scheduled a Status Conference for January 11, 2018.

3/6/18 - Special counsel advised The status conference did occur on January 11, 2018 & that Mr. Matlin's IME is now scheduled for March 15, 2018 and the current stay on the case will expire on April 12, 2018.

10/2/18 - Special counsel advises that a court appearance is scheduled for November 13, 2018 relative to scheduling a trial in the matter.

10/12/18 - Asset No. 1 sold by Trustee. $21,486.35 of sale paid directly to Debtor for his claimed exemption.

11/19/18 - TC from special counsel, Stavros Sitinas, re: upcoming mediation set for 11/26/18. He indicated that he thinks that it could settle for $150K-300K & that there is a medicare lien in the $45K range, his fee is 1/3 & he has costs of $6K, or thereabouts. He said typically a back injury like this would settle for $500K - $750K, but the Debtor had had 9 back surgeries prior to this injury. MJC advised given the medicare lien, fees & costs it needs to settle for at least $200K-$250K, subject to Trustee & Bankruptcy Court approval. Sitinas may be calling on the mediation date to speak w/MJC.

11/26/18 - TC from special counsel, in mediation today. About $86k in POCs filed. 1/3 legal fees. 2nd TC - Medicare lien - $45k - -- up to high number but Matlin is concerned about medicare problem; Defendant at $400K, plus D will pay Medicare lien of $45K. He wants to do $450K, plus medicare lien of $45k paid by Defendant & will advise when settlement is reached.

11/27/18 - Special counsel advised a settlement in the sum of $485K has been reached. He will get the exact amount of the Medicare lien to us, along with the release for review, once it's been prepared.

11/28/18 - Application to Approve Settlement has been drafted, but need the specific #'s to complete same.

1/25/19 - Applicationt to Approve Settlement & Pay Counsel Fees, Expenses & Subrogation Lien filed & Notice served. Objection deadline is 2/15/19.

2/13/19 - ORDER ISSUED REASSIGNING CASE TO JUDGE ROBERT N. OPEL, II.

5/10/19 - TFR SUBMITTED TO UST.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:15-03421-RNO  **Trustee:** (580480) MARK J. CONWAY, CHAPTER 7 TRUSTEE
**Case Name:** MATLIN, STEPHEN  **Filed (f) or Converted (c):** 08/10/15 (f)
 **§341(a) Meeting Date:** 09/11/15
**Period Ending:** 05/10/19  **Claims Bar Date:** 12/03/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2017  **Current Projected Date Of Final Report (TFR):** May 10, 2019 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 5:15-03421-RNO | | Trustee: | MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480) |
|---|---|---|---|---|
| Case Name: | MATLIN, STEPHEN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***7917 | | Blanket Bond: | $6,379,891.00 (per case limit) |
| Period Ending: | 05/10/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/16/18 | | ALL POCONO SETTLEMENT SERVICES, LLC | Net Sale Proceeds of 629 W. Lakeview Drive, Lake Ariel, PA - Per Court Order of 10/9/18 | | | 13,000.00 | | 13,000.00 |
| | {1} | | Gross Sales Price | 410,000.00 | 1110-000 | | | 13,000.00 |
| | | | Real Estate Commission | -24,600.00 | 3510-000 | | | 13,000.00 |
| | | | Transfer Tax Payable by Seller | -4,100.00 | 2500-000 | | | 13,000.00 |
| | | | Net Real Estate Taxes - $5559.16 (taxes pd @ closing) - $5047.04 (credit to seller) | -512.12 | 4700-000 | | | 13,000.00 |
| | | | Water & Sewer Charges | -1,784.26 | 2500-000 | | | 13,000.00 |
| | | | HOA Dues, Fees & Resale Certificate | -1,981.35 | 2500-000 | | | 13,000.00 |
| | | | HSBC Bank USA - 1st Mortgage Payoff | -237,079.16 | 4110-000 | | | 13,000.00 |
| | | | Morgan Stanley - 2nd Mortgage Payoff | -102,941.76 | 4110-000 | | | 13,000.00 |
| | | | Trustee Counsel Closing Fees per 10/9/18 Court Order | -2,500.00 | 3110-000 | | | 13,000.00 |
| | | | Notary Fee at Closing | -15.00 | 2500-000 | | | 13,000.00 |
| | | | Debtor's Exemption | -21,486.35 | 8100-002 | | | 13,000.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 12,995.00 |
| 11/16/18 | 101 | FEDEX | OVERNIGHT DELIVERY CHARGES - CLOSING DOCUMENTS | | 2990-000 | | 8.72 | 12,986.28 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.67 | 12,975.61 |
| 01/03/19 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #5-15-03421-RO, 2019 BOND PREMIUM | | 2300-000 | | 8.78 | 12,966.83 |
| 02/25/19 | {9} | OLD REPUBLIC INSURANCE COMPANY | GROSS SETTLEMENT PROCEEDS ON LITIGATION | | 1129-000 | 485,000.00 | | 497,966.83 |
| 03/05/19 | 103 | STAVROS E. SITINAS, ESQUIRE | SPECIAL COUNSEL FEES PER COURT ORDER OF 2/20/19 | | 3210-000 | | 160,046.41 | 337,920.42 |
| 03/05/19 | 104 | STAVROS E. SITINAS, ESQUIRE | SPECIAL COUNSEL EXPENSES PER COURT ORDER OF 2/20/19 | | 3220-000 | | 4,860.76 | 333,059.66 |
| 03/05/19 | 105 | CENTERS FOR MEDICARE & MEDICAID SERVICES | FULL & FINAL PAYMENT OF CMS SUBROGATION LIEN, PER COURT ORDER OF 2/20/19 | | 2990-000 | | 14,293.96 | 318,765.70 |

Subtotals : $498,000.00 $179,234.30

{} Asset reference(s)        Printed: 05/10/2019 10:04 AM    V.14.50

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 5:15-03421-RNO | | Trustee: | MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480) |
|---|---|---|---|---|
| Case Name: | MATLIN, STEPHEN | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***7917 | | Blanket Bond: | $6,379,891.00 (per case limit) |
| Period Ending: | 05/10/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/19 | 106 | STEPHEN MATLIN | DEBTOR'S EXEMPTION, RE: PERSONAL INJURY LITIGATION | 8100-002 | | 22,975.00 | 295,790.70 |
| 04/03/19 | 107 | MEDICARE | BALANCE DUE ON CMS SUBROGATION LIEN DUE TO INTEREST ACCUMULATION | 2990-000 | | 243.25 | 295,547.45 |
| | | | **ACCOUNT TOTALS** | | **498,000.00** | **202,452.55** | **$295,547.45** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **498,000.00** | **202,452.55** | |
| | | | Less: Payments to Debtors | | | 44,461.35 | |
| | | | **NET Receipts / Disbursements** | | **$498,000.00** | **$157,991.20** | |

| | | |
|---|---:|---|
| Net Receipts : | 498,000.00 | |
| Plus Gross Adjustments : | 397,000.00 | |
| Less Payments to Debtor : | 44,461.35 | |
| Net Estate : | $850,538.65 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4866** | 498,000.00 | 157,991.20 | 295,547.45 |
| | **$498,000.00** | **$179,477.55** | **$295,547.45** |

# Court Claims Register

**Case: 5:15-03421-RNO      MATLIN, STEPHEN**

Claims Bar Date: 12/03/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | MARK J. CONWAY, CHAPTER 7 TRUSTEE<br>502 SOUTH BLAKELY STREET<br><br>DUNMORE, PA 18512<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>08/10/15 | [Updated by Surplus to Debtor Report based on Net Estate Value: 688735.04] | $37,686.75<br>$37,686.75 | $0.00 | $37,686.75 |
| | MARK J. CONWAY, CHAPTER 7 TRUSTEE<br>502 SOUTH BLAKELY STREET<br>DUNMORE, PA 18512<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>08/10/15 | | $145.44<br>$145.44 | $0.00 | $145.44 |
| | MARK J. CONWAY, ESQUIRE<br>502 SOUTH BLAKELY STREET<br><br>DUNMORE, PA 18512<br><br><3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>08/10/15 | TOTAL COUNSEL FEES OF $12137.50 LESS $2,500.00 IN FEES PAID AT CLOSING, PER 10/9/18 COURT ORDER = BALANCE DUE OF $9,637.50 | $9,637.50<br>$9,637.50 | $0.00 | $9,637.50 |
| | MARK J. CONWAY, ESQUIRE<br>502 SOUTH BLAKELY STREET<br>DUNMORE, PA 18512<br><3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>08/10/15 | | $420.13<br>$420.13 | $0.00 | $420.13 |
| | STAVROS SITINAS, ESQUIRE<br>444 MADISON AVENUE, 4TH FLOOR<br>NEW YORK, NY 10022<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>08/10/15 | | $160,046.41<br>$160,046.41 | $160,046.41 | $0.00 |
| | STAVROS SITINAS, ESQUIRE<br>444 MADISON AVENUE, 4TH FLOOR<br>NEW YORK, NY 10022<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>08/10/15 | | $4,860.76<br>$4,860.76 | $4,860.76 | $0.00 |
| | CENTERS OF MEDICARE & MEDICAID SERVICES<br><br><2990-00  Other Chapter 7 Administrative Expenses>, 200 | Admin Ch. 7<br>08/10/15 | LITIGATION - SUBROGATION LIEN | $14,537.21<br>$14,537.21 | $14,537.21 | $0.00 |
| 1 | Bay Area Ca<br>1000 Abernathy Rd.<br>Building 400 Suite<br>Atlanta, GA 30328<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/03/17 | | $75.00<br>$75.00 | $0.00 | $75.00 |

# Court Claims Register

**Case:  5:15-03421-RNO    MATLIN, STEPHEN**

Claims Bar Date:  12/03/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | Bay Area Cs<br>1000 Abernathy Rd.<br>Building 400 Suite<br>Atlanta, GA 30328<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/03/17 | | $1,379.00<br>$1,379.00 | $0.00 | $1,379.00 |
| 3 | Clove Lakes Healthcare & Rehab Center<br>25 Fanning Street<br>Staten Island, NY 10314-0703<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/03/17 | | $18,865.00<br>$18,865.00 | $0.00 | $18,865.00 |
| 4 | Gecrbsamsdc<br>P.O. Box 965005<br>Orlando, FL 32896<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/03/17 | | $2,287.00<br>$2,287.00 | $0.00 | $2,287.00 |
| 5 | Healthcare Associats in Med<br>2535 Arthur Kill Road<br>Staten Island, NY 10309-1207<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/03/17 | | $30.00<br>$30.00 | $0.00 | $30.00 |
| 6 | Jordan B. Glaser, MD<br>1408 Richmaond Road<br>Staten Island, NY 10304<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/03/17 | | $53.85<br>$53.85 | $0.00 | $53.85 |
| 7 | Nco Fin51<br>P.O. Box 15273<br>Wimington, DE 19850<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/03/17 | | $276.10<br>$276.10 | $0.00 | $276.10 |
| 8 | NYU Hospital for Joint Diseases<br>305 2nd Ave Ste 16<br>New York, NY 10003-2739<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/03/17 | | $53.93<br>$53.93 | $0.00 | $53.93 |
| 9 | One on One Physical Therapy<br>PO Box 2090<br>Tarrytown, NY 10591-9090<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/03/17 | | $10,638.83<br>$10,638.83 | $0.00 | $10,638.83 |
| 10 | Physicians of University Hospital<br>One Edgwater St. 6th Floor<br>Staten Island, NY 10305<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/03/17 | | $470.00<br>$470.00 | $0.00 | $470.00 |

# Court Claims Register

**Case: 5:15-03421-RNO     MATLIN, STEPHEN**

Claims Bar Date: 12/03/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | Staten Island Rehab Machine<br>One Edgewater Street<br>6th Floor<br>Staten Island, NY 10305-4939<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/03/17 | | $30.00<br>$30.00 | $0.00 | $30.00 |
| 12 | Staten Island University Hosp<br>PO Box 29772<br>New York, NY 10087-9772<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/03/17 | | $2,136.24<br>$2,136.24 | $0.00 | $2,136.24 |
| 13 | Transworld Systems<br>507 Prudential Road<br>Horsham, PA 19044<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/03/17 | | $1,810.90<br>$1,810.90 | $0.00 | $1,810.90 |
| 14 | Chase Auto<br>PO Box 901076<br>Fort Worth, TX 76101<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/03/17 | | $8,603.00<br>$8,603.00 | $0.00 | $8,603.00 |
| 15 | Roamingwood Sewer & Water Authority<br>PO Box 6<br>Lake Ariel, PA 18436<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/03/17 | | $300.00<br>$0.00<br>PAID OUT OF 10-12-18 CLOSING. | $0.00 | $0.00 |
| 16 | The Hideout POA<br>640 The Hideout<br>Lake Ariel, PA 18436<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/03/17 | | $1,544.07<br>$0.00<br>PAID OUT OF 10-12-18 CLOSING. | $0.00 | $0.00 |
| 17 | IRS<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/10/15 | | $20,658.83<br>$20,658.83 | $0.00 | $20,658.83 |
| 18 | NYS Department of Taxation and Finance<br>PO Box 4127<br>Binghamton, NY 13902-4127<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/03/17 | | $17,275.00<br>$17,275.00 | $0.00 | $17,275.00 |
| 1I | Bay Area Ca<br>1000 Abernathy Rd.<br>Building 400 Suite<br>Atlanta, GA 30328<br><7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Court Claims Register

**Case: 5:15-03421-RNO    MATLIN, STEPHEN**

Claims Bar Date:    12/03/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2I | Bay Area Cs<br>1000 Abernathy Rd.<br>Building 400 Suite<br>Atlanta, GA 30328<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 3I | Clove Lakes Healthcare & Rehab Center<br>25 Fanning Street<br>Staten Island, NY 10314-0703<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 4I | Gecrbsamsdc<br>P.O. Box 965005<br>Orlando, FL 32896<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 5I | Healthcare Associats in Med<br>2535 Arthur Kill Road<br>Staten Island, NY 10309-1207<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 6I | Jordan B. Glaser, MD<br>1408 Richmaond Road<br>Staten Island, NY 10304<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 7I | Nco Fin51<br>P.O. Box 15273<br>Wimington, DE 19850<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 8I | NYU Hospital for Joint Diseases<br>305 2nd Ave Ste 16<br>New York, NY 10003-2739<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 9I | One on One Physical Therapy<br>PO Box 2090<br>Tarrytown, NY 10591-9090<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 10I | Physicians of University Hospital<br>One Edgwater St. 6th Floor<br>Staten Island, NY 10305<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Court Claims Register

**Case:  5:15-03421-RNO        MATLIN, STEPHEN**

Claims Bar Date:  12/03/16

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11I | Staten Island Rehab Machine<br>One Edgewater Street<br>6th Floor<br>Staten Island, NY 10305-4939 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 12I | Staten Island University Hosp<br>PO Box 29772<br>New York, NY 10087-9772 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 13I | Transworld Systems<br>507 Prudential Road<br>Horsham, PA 19044 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 14I | Chase Auto<br>PO Box 901076<br>Fort Worth, TX 76101 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 17I | IRS | Unsecured<br>08/10/15 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 18I | NYS Department of Taxation and Finance<br>PO Box 4127<br>Binghamton, NY 13902-4127 | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| SURPLUS | MATLIN, STEPHEN<br>1645 THE HIDEOUT<br>LAKE ARIEL, PA 18436 | Unsecured<br>08/10/15 | | $161,803.61<br>$161,803.61 | $0.00 | $161,803.61 |
| | <8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | | | | | |
| | | | **Case Total:** | **$179,444.38** | | **$294,336.11** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 5:15-03421-RNO
Case Name: MATLIN, STEPHEN
Trustee Name: MARK J. CONWAY, CHAPTER 7 TRUSTEE

**Balance on hand:** $ 295,547.45

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 295,547.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MARK J. CONWAY, CHAPTER 7 TRUSTEE | 37,686.75 | 0.00 | 37,686.75 |
| Trustee, Expenses - MARK J. CONWAY, CHAPTER 7 TRUSTEE | 145.44 | 0.00 | 145.44 |
| Attorney for Trustee, Fees - MARK J. CONWAY, ESQUIRE | 9,637.50 | 0.00 | 9,637.50 |
| Attorney for Trustee, Expenses - MARK J. CONWAY, ESQUIRE | 420.13 | 0.00 | 420.13 |
| Other Expenses: CENTERS OF MEDICARE & MEDICAID SERVICES | 14,537.21 | 14,537.21 | 0.00 |
| Attorney for Trustee Fees - STAVROS SITINAS, ESQUIRE | 160,046.41 | 160,046.41 | 0.00 |
| Attorney for Trustee Expenses - STAVROS SITINAS, ESQUIRE | 4,860.76 | 4,860.76 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 47,889.82
Remaining balance: $ 247,657.63

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 247,657.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 247,657.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 84,642.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bay Area Ca | 75.00 | 0.00 | 75.00 |
| 2 | Bay Area Cs | 1,379.00 | 0.00 | 1,379.00 |
| 3 | Clove Lakes Healthcare & Rehab Center | 18,865.00 | 0.00 | 18,865.00 |
| 4 | Gecrbsamsdc | 2,287.00 | 0.00 | 2,287.00 |
| 5 | Healthcare Associats in Med | 30.00 | 0.00 | 30.00 |
| 6 | Jordan B. Glaser, MD | 53.85 | 0.00 | 53.85 |
| 7 | Nco Fin51 | 276.10 | 0.00 | 276.10 |
| 8 | NYU Hospital for Joint Diseases | 53.93 | 0.00 | 53.93 |
| 9 | One on One Physical Therapy | 10,638.83 | 0.00 | 10,638.83 |
| 10 | Physicians of University Hospital | 470.00 | 0.00 | 470.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 11 | Staten Island Rehab Machine | 30.00 | 0.00 | 30.00 |
| 12 | Staten Island University Hosp | 2,136.24 | 0.00 | 2,136.24 |
| 13 | Transworld Systems | 1,810.90 | 0.00 | 1,810.90 |
| 14 | Chase Auto | 8,603.00 | 0.00 | 8,603.00 |
| 15 | Roamingwood Sewer & Water Authority | 0.00 | 0.00 | 0.00 |
| 16 | The Hideout POA | 0.00 | 0.00 | 0.00 |
| 17 | IRS | 20,658.83 | 0.00 | 20,658.83 |
| 18 | NYS Department of Taxation and Finance | 17,275.00 | 0.00 | 17,275.00 |

Total to be paid for timely general unsecured claims:  $ 84,642.68
Remaining balance:  $ 163,014.95

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 163,014.95

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:  $ 163,014.95

**UST Form 101-7-TFR (05/1/2011)**

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,211.34. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 161,803.61.

**UST Form 101-7-TFR (05/1/2011)**