UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: MATLIN, STEPHEN   § Case No. 5:15-03421-RNO
                         §
                         §
Debtor(s)                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MARK J. CONWAY, CHAPTER 7, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
197 South Main Street, Wilkes-Barre, PA 18701

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/30/2019     By: _____
                                              Trustee

MARK J. CONWAY, CHAPTER 7 TRUSTEE
502 SOUTH BLAKELY STREET
DUNMORE, PA 18512
(570) 343-5350

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In re: MATLIN, STEPHEN § Case No. 5:15-03421-RNO
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 895,000.00 |
| and approved disbursements of | $ 599,452.55 |
| leaving a balance on hand of [1] | $ 295,547.45 |
| **Balance on hand:** | $ 295,547.45 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 295,547.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MARK J. CONWAY, CHAPTER 7 TRUSTEE | 37,686.75 | 0.00 | 37,686.75 |
| Trustee, Expenses - MARK J. CONWAY, CHAPTER 7 TRUSTEE | 145.44 | 0.00 | 145.44 |
| Attorney for Trustee, Fees - MARK J. CONWAY, ESQUIRE | 9,637.50 | 0.00 | 9,637.50 |
| Attorney for Trustee, Expenses - MARK J. CONWAY, ESQUIRE | 420.13 | 0.00 | 420.13 |
| Other Expenses: CENTERS OF MEDICARE & MEDICAID SERVICES | 14,537.21 | 14,537.21 | 0.00 |
| Attorney for Trustee Fees - STAVROS SITINAS, ESQUIRE | 160,046.41 | 160,046.41 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Attorney for Trustee Expenses - STAVROS SITINAS, ESQUIRE | 4,860.76 | 4,860.76 | 0.00 |

           Total to be paid for chapter 7 administration expenses:    $      47,889.82
           Remaining balance:    $      247,657.63

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

           Total to be paid for prior chapter administrative expenses:    $      0.00
           Remaining balance:    $      247,657.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

           Total to be paid for priority claims:    $      0.00
           Remaining balance:    $      247,657.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 84,642.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bay Area Ca | 75.00 | 0.00 | 75.00 |
| 2 | Bay Area Cs | 1,379.00 | 0.00 | 1,379.00 |
| 3 | Clove Lakes Healthcare & Rehab Center | 18,865.00 | 0.00 | 18,865.00 |
| 4 | Gecrbsamsdc | 2,287.00 | 0.00 | 2,287.00 |
| 5 | Healthcare Associats in Med | 30.00 | 0.00 | 30.00 |
| 6 | Jordan B. Glaser, MD | 53.85 | 0.00 | 53.85 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 7 | Nco Fin51 | 276.10 | 0.00 | 276.10 |
| 8 | NYU Hospital for Joint Diseases | 53.93 | 0.00 | 53.93 |
| 9 | One on One Physical Therapy | 10,638.83 | 0.00 | 10,638.83 |
| 10 | Physicians of University Hospital | 470.00 | 0.00 | 470.00 |
| 11 | Staten Island Rehab Machine | 30.00 | 0.00 | 30.00 |
| 12 | Staten Island University Hosp | 2,136.24 | 0.00 | 2,136.24 |
| 13 | Transworld Systems | 1,810.90 | 0.00 | 1,810.90 |
| 14 | Chase Auto | 8,603.00 | 0.00 | 8,603.00 |
| 15 | Roamingwood Sewer & Water Authority | 0.00 | 0.00 | 0.00 |
| 16 | The Hideout POA | 0.00 | 0.00 | 0.00 |
| 17 | IRS | 20,658.83 | 0.00 | 20,658.83 |
| 18 | NYS Department of Taxation and Finance | 17,275.00 | 0.00 | 17,275.00 |

Total to be paid for timely general unsecured claims: $ 84,642.68
Remaining balance: $ 163,014.95

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 163,014.95

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 163,014.95

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,211.34. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 161,803.61.

Prepared By: /s/ MARK J. CONWAY, CHAPTER 7 TRUSTEE
Trustee

MARK J. CONWAY, CHAPTER 7 TRUSTEE
502 SOUTH BLAKELY STREET
DUNMORE, PA 18512
(570) 343-5350

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# Claims Proposed Distribution

## Case: 5-15-03421-RO MATLIN, STEPHEN

**Case Balance:** $295,547.45  **Total Proposed Payment:** $295,547.45  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | CENTERS OF MEDICARE & MEDICAID SERVICES | Admin Ch. 7 | 14,537.21 | 14,537.21 | 14,537.21 | 0.00 | 0.00 | 295,547.45 |
| | <2990-00 Other Chapter 7 Administrative Expenses> | | | | | | | |
| | Claim Memo: LITIGATION - SUBROGATION LIEN | | | | | | | |
| | MARK J. CONWAY, CHAPTER 7 TRUSTEE | Admin Ch. 7 | 145.44 | 145.44 | 0.00 | 145.44 | 145.44 | 295,402.01 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | MARK J. CONWAY, CHAPTER 7 TRUSTEE | Admin Ch. 7 | 37,686.75 | 37,686.75 | 0.00 | 37,686.75 | 37,686.75 | 257,715.26 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Claim Memo: [Updated by Surplus to Debtor Report based on Net Estate Value: 688735.04] | | | | | | | |
| | MARK J. CONWAY, ESQUIRE | Admin Ch. 7 | 420.13 | 420.13 | 0.00 | 420.13 | 420.13 | 257,295.13 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | MARK J. CONWAY, ESQUIRE | Admin Ch. 7 | 9,637.50 | 9,637.50 | 0.00 | 9,637.50 | 9,637.50 | 247,657.63 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Claim Memo: TOTAL COUNSEL FEES OF $12137.50 LESS $2,500.00 IN FEES PAID AT CLOSING = BALANCE DUE OF $9,637.50 | | | | | | | |
| | STAVROS SITINAS, ESQUIRE | Admin Ch. 7 | 4,860.76 | 4,860.76 | 4,860.76 | 0.00 | 0.00 | 247,657.63 |
| | <3220-00 Attorney for Trustee Expenses (Other Firm)> | | | | | | | |
| | STAVROS SITINAS, ESQUIRE | Admin Ch. 7 | 160,046.41 | 160,046.41 | 160,046.41 | 0.00 | 0.00 | 247,657.63 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| 1 | Bay Area Ca | Unsecured | 75.00 | 75.00 | 0.00 | 75.00 | 75.00 | 247,582.63 |
| 2 | Bay Area Cs | Unsecured | 1,379.00 | 1,379.00 | 0.00 | 1,379.00 | 1,379.00 | 246,203.63 |
| 3 | Clove Lakes Healthcare & Rehab Center | Unsecured | 18,865.00 | 18,865.00 | 0.00 | 18,865.00 | 18,865.00 | 227,338.63 |
| 4 | Gecrbsamsdc | Unsecured | 2,287.00 | 2,287.00 | 0.00 | 2,287.00 | 2,287.00 | 225,051.63 |
| 5 | Healthcare Associats in Med | Unsecured | 30.00 | 30.00 | 0.00 | 30.00 | 30.00 | 225,021.63 |
| 6 | Jordan B. Glaser, MD | Unsecured | 53.85 | 53.85 | 0.00 | 53.85 | 53.85 | 224,967.78 |
| 7 | Nco Fin51 | Unsecured | 276.10 | 276.10 | 0.00 | 276.10 | 276.10 | 224,691.68 |
| 8 | NYU Hospital for Joint Diseases | Unsecured | 53.93 | 53.93 | 0.00 | 53.93 | 53.93 | 224,637.75 |
| 9 | One on One Physical Therapy | Unsecured | 10,638.83 | 10,638.83 | 0.00 | 10,638.83 | 10,638.83 | 213,998.92 |
| 10 | Physicians of University Hospital | Unsecured | 470.00 | 470.00 | 0.00 | 470.00 | 470.00 | 213,528.92 |
| 11 | Staten Island Rehab Machine | Unsecured | 30.00 | 30.00 | 0.00 | 30.00 | 30.00 | 213,498.92 |
| 12 | Staten Island University Hosp | Unsecured | 2,136.24 | 2,136.24 | 0.00 | 2,136.24 | 2,136.24 | 211,362.68 |
| 13 | Transworld Systems | Unsecured | 1,810.90 | 1,810.90 | 0.00 | 1,810.90 | 1,810.90 | 209,551.78 |

# Claims Proposed Distribution
## Case: 5-15-03421-RO MATLIN, STEPHEN

**Case Balance:** $295,547.45  **Total Proposed Payment:** $295,547.45  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 14 | Chase Auto | Unsecured | 8,603.00 | 8,603.00 | 0.00 | 8,603.00 | 8,603.00 | 200,948.78 |
| 15 | Roamingwood Sewer & Water Authority | Unsecured | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200,948.78 |
| | Claim Memo: PAID OUT OF 10-12-18 CLOSING. | | | | | | | |
| 16 | The Hideout POA | Unsecured | 1,544.07 | 0.00 | 0.00 | 0.00 | 0.00 | 200,948.78 |
| | Claim Memo: PAID OUT OF 10-12-18 CLOSING. | | | | | | | |
| 17 | IRS | Unsecured | 20,658.83 | 20,658.83 | 0.00 | 20,658.83 | 20,658.83 | 180,289.95 |
| 18 | NYS Department of Taxation and Finance | Unsecured | 17,275.00 | 17,275.00 | 0.00 | 17,275.00 | 17,275.00 | 163,014.95 |
| 1I | Bay Area Ca | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 1.07 | 163,013.88 |
| 2I | Bay Area Cs | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 19.74 | 162,994.14 |
| 3I | Clove Lakes Healthcare & Rehab Center | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 269.98 | 162,724.16 |
| 4I | Gecrbsamsdc | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 32.73 | 162,691.43 |
| 5I | Healthcare Associats in Med | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.43 | 162,691.00 |
| 6I | Jordan B. Glaser, MD | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.77 | 162,690.23 |
| 7I | Nco Fin51 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 3.95 | 162,686.28 |
| 8I | NYU Hospital for Joint Diseases | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.77 | 162,685.51 |
| 9I | One on One Physical Therapy | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 152.25 | 162,533.26 |
| 10I | Physicians of University Hospital | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 6.73 | 162,526.53 |
| 11I | Staten Island Rehab Machine | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.43 | 162,526.10 |
| 12I | Staten Island University Hosp | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 30.57 | 162,495.53 |
| 13I | Transworld Systems | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 25.92 | 162,469.61 |
| 14I | Chase Auto | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 123.12 | 162,346.49 |
| 17I | IRS | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 295.65 | 162,050.84 |
| 18I | NYS Department of Taxation and Finance | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 247.23 | 161,803.61 |
| SURPLUS | MATLIN, STEPHEN | Unsecured | 161,803.61 | 161,803.61 | 0.00 | 161,803.61 | 161,803.61 | 0.00 |

# Claims Proposed Distribution
## Case: 5-15-03421-RO  MATLIN, STEPHEN

| Case Balance: | $295,547.45 | Total Proposed Payment: | $295,547.45 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 5-15-03421-RO : | | $475,624.56 | $473,780.49 | $179,444.38 | $294,336.11 | $295,547.45 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $227,334.20 | $227,334.20 | $179,444.38 | $47,889.82 | 100.000000% |
| Total Unsecured Claims : | $248,290.36 | $246,446.29 | $0.00 | $247,657.63 | 100.491523% |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-15-03421-RNO |
| | : | |
| STEPHEN MATLIN, | : | CHAPTER 7 |
| | : | |
| DEBTOR. | : | |

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal hereby certify that on this 30th day of May, 2019, I mailed a true and correct copy of the attached Notice of Trustee's Final Report and Proposed Distribution by United States Postal Service via first class mail with postage prepaid thereon, to the following parties listed on the attached mailing matrix.

**LAW OFFICES MARK J. CONWAY, P.C.**

/s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Telephone (570) 343-5350
Facsimile (570) 343-5377

Label Matrix for local noticing
0314-5
Case 5:15-bk-03421-RNO
Middle District of Pennsylvania
Wilkes-Barre
Thu May 30 13:26:57 EDT 2019

Bay Area Ca
1000 Abernathy Rd.
Building 400 Suite
Atlanta, GA 30328-5614

Bay Area Cs
1000 Abernathy Rd.
Building 400 Suite
Atlanta , GA 30328-5614

Chase Auto
PO Box 901076
Fort Worth, TX 76101-2076

Clove Lakes Healthcare & Rehab Center
25 Fanning Street
Staten Island, NY 10314-5307

Mark J. Conway
Law Offices of Mark J Conway PC
502 South Blakely Street
Dunmore, PA 18512-2237

Mark J. Conway (Trustee)
502 South Blakely Street
Dunmore, PA 18512-2237

Diane Droge
194 St. Johns Avenue
Staten Island, NY 10305-2909

Gecrb/samsdc
PO Box 965005
Orlando, Florida 32896-5005

Gecrbsamsdc
P.O. Box 965005
Orlando, FL 32896-5005

HSBC Bank USA
PO Box 6440
Carol Stream, Illinois 60197-6440

Healthcare Associats in Med
2535 Arthur Kill Road
Staten Island, NY 10309-1207

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jordan B. Glaser, MD
1408 Richmaond Road
Staten Island, NY 10304-2312

Jzanus LTD
170 Jericho Turnpike
Floral Park, NY 11001-2024

John J. Martin
Law Offices John J. Martin
1022 Court Street
Honesdale, PA 18431-1925

Stephen Matlin
1645 The Hideout
Lake Ariel, PA 18436-9567

Mort Serv Ct
2001 Bishop Gate B
Mount Laurel, New Jersey 08054-4604

NYS Department of Taxation and Finance
PO Box 4127
Binghamton, NY 13902-4127

NYU Hospital for Joint Diseases
305 2nd Ave Ste 16
New York, NY 10003-2747

Nco Fin/51
POB 15273
Wilmington, Delaware 19850-5273

Nco Fin51
P.O. Box 15273
Wimington, DE 19850-5273

Ocwen Loan (3451 Hammond Ave, Waterloo,
3451 Hammond Ave
Waterloo, Iowa 50702-5345

One on One Physical Therapy
PO Box 2090
Tarrytown, NY 10591-9090

PO Box 41760
Boston, MA 02241-0001

Physicians of University Hospital
One Edgwater St. 6th Floor
Staten Island, NY 10305-4900

ProJan Professional Cleaning & Restoration,
408 Dennis Road
Honesdale, PA 18431-6512

Roamingwood Sewer & Water Authority
PO Box 6
Lake Ariel, PA 18436-0006

Stavros E. Sitinas
444 Madison Avenue
4th Floor
New York, NY   10022-6903

Staten Island Rehab Machine
One Edgewater Street
6th Floor
Staten Island, NY 10305-4939

| | | |
|---|---|---|
| Staten Island University Hosp<br>PO Box 29772<br>New York, NY 10087-9772 | Stern & Eisenberg, PC<br>410 The Pavilion<br>261 Old York Road<br>Jenkintown, PA 19046-3706 | The Hideout POA<br>640 The Hideout<br>Lake Ariel, PA 18436-9786 |
| Transworld Systems<br>507 Prudential Road<br>Horsham, PA 19044-2308 | Travelworld Systems<br>507 Prudential Road<br>Horsham, PA 19044-2308 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
ACS Support - Stop 5050
PO Box 219236
Kansas City, M<O 64121-9236

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FV-I, Inc. in trust for Morgan Stanley Mor | (u)Regional Claims Recovery | End of Label Matrix<br>Mailable recipients   36<br>Bypassed recipients    2<br>Total   38 |