## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-15-03421-RNO |
| STEPHEN MATLIN, | : | CHAPTER 7 |
| DEBTOR. | : | |

### TRUSTEE'S SUPPLEMENT TO TRUSTEE'S FINAL REPORT

The Chapter 7 Trustee's Final Report (Doc. #99), filed on May 30, 2019, was inadvertently filed by the United States Trustee without the Chapter 7 Trustee's Request for Compensation and time and expense records attached and, accordingly, are attached herewith and submitted as a supplement to the Trustee's Final Report.

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Mark J. Conway
MARK J. CONWAY, ESQ.
502 South Blakely Street
Dunmore, PA 18512
(570) 343-5350

Counsel for Chapter 7 Trustee

Dated: May 30, 2019

# Trustee's Compensation

**Debtor:** MATLIN, STEPHEN  **Case:** 5-15-03421-RO

**Computation of Compensation**

Total disbursements to other than the debtor are: 688,735.04

Pursuant to 11 U.S.C. 326, compensation is computed as follows:

| | | | |
|---|---:|---|---:|
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 638,735.04 | = | 31,936.75 |
| 3% of Balance | 0.00 | = | 0.00 |

| | |
|---|---:|
| **Calculated Total Compensation:** | **$37,686.75** |
| Plus Adjustment: | 0.00 |
| **Total Compensation:** | **$37,686.75** |
| Less Previously Paid: | 0.00 |
| **Total Compensation Requested:** | **$37,686.75** |

**Trustee Expenses**

| | | |
|---|---|---:|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 0 copies at 0.0 cents per copy | 0.00 |
| Postage | | 0.00 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 145.44 |
| Other Expenses 2 | | 0.00 |
| **Subtotal Expenses:** | | **$145.44** |
| Plus Adjustment: | | 0.00 |
| **Total Expenses:** | | **$145.44** |
| Less Previously Paid: | | 0.00 |
| **Total Expenses Requested:** | | **$145.44** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $37,686.75 as compensation and $145.44 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 05/10/19          Signed: __/s/MARK J. CONWAY_____

MARK J. CONWAY, CHAPTER 7 TRUSTEE
502 SOUTH BLAKELY STREET

DUNMORE, PA 18512

# LAW OFFICES OF MARK J. CONWAY
## 502 SOUTH BLAKELY STREET
## DUNMORE, PA 18512

Ph:570-343-5350     Fax:570-343-5377

CHAPTER 7 TRUSTEE                                              May 9, 2019
502 SOUTH BLAKELY STREE
DUNMORE, PA 18512

|  |  | File #: | 100-950 |
|---|---|---|---|
| Attention: | MARK J. CONWAY, ESQUIRE | Inv #: | 1683 |

RE:    MATLIN, STEPHEN (TRUSTEE)

| DATE | DESCRIPTION | HOURS | AMT. | ATTY/PARA |
|---|---|---|---|---|
| Sep-11-15 | Review docket report, schedule, prepare for & attend 341 | 0.70 | 0.00 | MJC |
| Sep-14-15 | Review 341 notes, schedules; assign file nos.; set up letters file & file; draft letter to PI counsel for info & calendar for response. | 0.90 | 0.00 | CN |
| Sep-30-15 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Oct-20-15 | Review file; conference with CN; email to counsel regarding status | 0.40 | 0.00 | MJC |
|  | Review file & send follow-up request to PI counsel; calendar for response. | 0.10 | 0.00 | CN |
| Oct-30-15 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Nov-05-15 | Review Amendment to Schedule F. | 0.10 | 0.00 | CN |
| Nov-18-15 | Conf. w/CN. | 0.10 | 0.00 | MJC |
|  | Conf. w/MJC, re: PI counsel's failure to respond to inquiry on PI case. | 0.10 | 0.00 | CN |
| Nov-19-15 | Review info on PI; emails with Attorney Sitinas | 0.50 | 0.00 | MJC |
| Nov-20-15 | Review letter from counsel on status | 0.30 | 0.00 | MJC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review e-mail w/letter, fee agreement & pleadings on PI claim. | 0.10 | 0.00 | CN |
| Nov-30-15 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Dec-16-15 | Review e-mail from special counsel. | 0.10 | 0.00 | CN |
| | Review addt'l e-mail from special counsel & draft responsive e-mail. | 0.10 | 0.00 | CN |
| Dec-31-15 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jan-20-16 | Review e-mail from special counsel, re: discharge order; review docket report & respond to same. | 0.10 | 0.00 | CN |
| Jan-29-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Feb-29-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Mar-31-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Apr-29-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| May-31-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jun-30-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jul-18-16 | Review file; request status report from special counsel on P.I. lit'; calendar for response. | 0.60 | 0.00 | CN |
| Jul-29-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Aug-25-16 | Review file; draft follow-up e-mail to special counsel, re: request for status report; calendar same. | 0.10 | 0.00 | CN |
| Aug-31-16 | Complete monthly case review. | 0.10 | 0.00 | CN |
| | Complete monthly case review. | 0.10 | 0.00 | CN |
| Sep-01-16 | Review file, change to asset case, review notice, re: same. | 0.20 | 0.00 | MJC |
| | Review status update e-mail from special counsel; responsive e-mail; update letters file & CaseLink. | 0.10 | 0.00 | CN |
| | Import assets into CaseLink & mark assets that | 1.10 | 0.00 | CN |

|            |                                                                                                                       |      |      |     |
|------------|-----------------------------------------------------------------------------------------------------------------------|------|------|-----|
|            | are fully administered; draft & file Notice of Change to Asset Case.                                                  |      |      |     |
| Sep-16-16  | TC from Diane Matiln, re: Notice of Need to File a Proof of Claim.                                                    | 0.10 | 0.00 | CN  |
| Sep-30-16  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| Oct-31-16  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| Nov-30-16  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| Jan-02-17  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| Jan-03-17  | Draft review and revise POC's                                                                                         | 1.40 | 0.00 | MJC |
|            | Review docket report, claims register, scheules; conf. w/MJC, re: Claims Register; file 18 POC's.                     | 2.50 | 0.00 | CN  |
| Jan-31-17  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| Feb-02-17  | TC from Debtor indicating case settled; review file, docket report; e-mail to special counsel for status.             | 0.20 | 0.00 | CN  |
| Feb-03-17  | Review e-mail from special counsel indicating there's been no settlement.                                             | 0.10 | 0.00 | CN  |
| Feb-28-17  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| Mar-31-17  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| Apr-28-17  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| May-29-17  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| Jun-30-17  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| Jul-28-17  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| Aug-31-17  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| Sep-29-17  | Complete monthly case review.                                                                                         | 0.10 | 0.00 | CN  |
| Oct-23-17  | Review docket report, CaseLink & revise in preparation for TIR; e-mail status inquiry to special counsel, re: P.I. claim. | 0.30 | 0.00 | CN  |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Oct-31-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Nov-30-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Dec-29-17 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jan-31-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Feb-28-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Mar-06-18 | TC from Debtor's counsel, re: status of P.I. litigation. | 0.10 | 0.00 | CN |
|  | Draft e-mail to special counsel for status report; calendar for response. | 0.10 | 0.00 | CN |
| Mar-29-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Mar-30-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Apr-30-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| May-31-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jun-29-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jul-30-18 | Review amendment to A, B & C. | 0.10 | 0.00 | MJC |
|  | Complete monthly case review. | 0.10 | 0.00 | CN |
| Aug-17-18 | TC from Realtor, Heather Meagher, re: status. | 0.10 | 0.00 | CN |
| Aug-23-18 | TC to Realtor, Healther Meager, re: today's hearing & need for new AOS (LM). | 0.10 | 0.00 | CN |
|  | TC to Dakota @ Remax Best, re: today's hearing, need for new AOS & what should be included. | 0.10 | 0.00 | CN |
|  | TC from Christopher Baldolato, Realtor for Buyer, re: today's hearing & need for new AOS, which he will draft; update letters file. | 0.20 | 0.00 | CN |
| Aug-31-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Sep-06-18 | TC from All Pocono Settlement Services to set tentative closing date. | 0.10 | 0.00 | CN |
| Sep-11-18 | Return TC to Latisha (LM). | 0.10 | 0.00 | CN |

| Date | Description | | | |
|---|---|---|---|---|
| Sep-25-18 | TC from realtor, re: status of Motion to Sell & Order. | 0.10 | 0.00 | CN |
| | TC from closing agent, re: status of Motion to Sell & possible closing date. | 0.10 | 0.00 | CN |
| | Conf. w/MJC; e-mail to Debtor's counsel, re: inability to obtain first mortgage payoff & requesting Debtor request same. | 0.10 | 0.00 | CN |
| Sep-28-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Oct-02-18 | TC to special counsel for PI lit' status report; update CaseLink. | 0.10 | 0.00 | CN |
| Oct-08-18 | Set up bank account & TIN; conference with CN | 0.30 | 0.00 | MJC |
| | TC from buyer, re: status of Order & upcoming closing. | 0.10 | 0.00 | CN |
| | TC from settlement agent, re: closing status. | 0.10 | 0.00 | CN |
| | Set up bank account & request TIN for W-9 for closing. | 0.30 | 0.00 | CN |
| Oct-16-18 | E-mail from Debtor's counsel, re: status of PI litigation in NY. | 0.10 | 0.00 | CN |
| | Deposit ck. in estate bank account; set up bank file. | 0.40 | 0.00 | CN |
| Oct-31-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Nov-07-18 | Reconcile 10/18 bank statement. | 0.10 | 0.00 | CN |
| Nov-08-18 | Review monthly bank statement. | 0.10 | 0.00 | MJC |
| Nov-16-18 | Issue ck. to Fedex for overnight delivery charges on closing documents. | 0.10 | 0.00 | CN |
| Nov-28-18 | Review closing statement on sale of real property; enter expenses in distribution section of deposit to properly reflect value of gross sales proceeds after payment of exemption to Debtor. | 0.50 | 0.00 | CN |
| Nov-30-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Dec-06-18 | Reconcile 11/18 bank statement. | 0.10 | 0.00 | CN |

| Date | Description | Hours | Amount | By |
|---|---|---|---|---|
| Dec-07-18 | Review monthly bank statement. | 0.10 | 0.00 | MJC |
| Dec-31-18 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Jan-09-19 | Reconcile 12/18 bank statement. | 0.10 | 0.00 | CN |
| Jan-10-19 | Review monthly bank statement. | 0.10 | 0.00 | MJC |
| Jan-31-19 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Feb-07-19 | Reconcile 1/19 bank statement. | 0.10 | 0.00 | CN |
| Feb-08-19 | Review monthly bank statement. | 0.10 | 0.00 | MJC |
| Feb-19-19 | Review e-mail from Debtor's counsel seeking payment of surplus before TFR; review file & exemptions; responsive e-mail to Debtor's counsel, re: same; conf. w/MJC, re: same. | 0.20 | 0.00 | CN |
| Feb-25-19 | Deposit ck. in estate account. | 0.30 | 0.00 | CN |
| Feb-28-19 | Complete monthly case review. | 0.10 | 0.00 | CN |
| Mar-11-19 | Reconcile 2/18 bank statement. | 0.10 | 0.00 | CN |
| Mar-12-19 | Review monthly bank statement. | 0.10 | 0.00 | MJC |
| Mar-18-19 | TC from Debtor's counsel, re: stopping payment on exemption check to Debtor b/c he hasn't received it & they mailed it to him last Monday; conf. w/AM, re: call from Debtor indicating he received ck; e-mail to Debtor's counsel advising same. | 0.10 | 0.00 | CN |
|  | Review e-mail from Debtor's counsel requesting a copy of the HUD from the 10/18 closing on Lake Arielf property. | 0.10 | 0.00 | CN |
| Apr-03-19 | Review file & lien information; check to Medicare. | 0.50 | 0.00 | MJC |
|  | Issue ck. to Medicare for balance on subro' lien; copy, assemble, post & mail.+ | 0.10 | 0.00 | CN |
| Apr-09-19 | Reconcile 3/19 bank statement. | 0.10 | 0.00 | CN |
| Apr-10-19 | Review monthly bank statement. | 0.10 | 0.00 | MJC |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Apr-26-19 | Review file, docket report, claims register & claims in preparation for TFR. | 1.60 | 0.00 | CN |
| Apr-29-19 | Request Court costs. | 0.10 | 0.00 | CN |
| May-07-19 | Draft TFR & supporting documents, including surplus to debtor. | 3.40 | 0.00 | CN |
| May-08-19 | Review file, claims register & claims in CaseLink. | 1.80 | 0.00 | MJC |
|  | Review file status; conf. w/CN; review & revise TFR. | 2.30 | 0.00 | MJC |
| May-09-19 | Review Final TFR. | 0.80 | 0.00 | MJC |
|  | Estimated time to complete TDR & final case administration. | 2.40 | 0.00 | MJC |
|  | Review, revise & finalize TFR & supporting documentation for submission to UST-DE. | 2.80 | 0.00 | CN |
|  | Copy, assemble, post & mail NFR. | 0.70 | 0.00 | CN |
|  | Estimated time to complete TDR & final case administration. | 4.20 | 0.00 | CN |
|  | Totals | 40.60 | $0.00 | |

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| May-09-19 | COPIES - TFR | 22.80 | |
|  | POSTAGE - TFR | 4.97 | |
|  | COPIES - NOTICING NFR | 64.80 | |
|  | POSTAGE - NOTICING NFR | 18.00 | |
|  | COPIES - DISTRIBUTION LETTER & CHECKS | 11.40 | |
|  | POSTAGE - DISTRIBUTION LETTER & CHECKS | 9.50 | |
|  | COPIES - TDR | 9.00 | |
|  | POSTAGE - TDR | 4.97 | |
|  | Totals | $145.44 | $0.00 |

| | |
|---|---:|
| **Total Fees & Disbursements** | $145.44 |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$145.44** |

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-11-05957-RNO |
| | : | |
| CHRISTOPHER HOWARD PAIGE | : | |
| A/K/A CHRISTOPHER H. PAIGE | : | CHAPTER 7 |
| A/K/A CHRIS PAIGE | : | |
| A/K/A CHRISTOPHER W. MARTIN | : | |
| AKA CHRISTOPHER MARTIN, | : | |
| MICHELE ANNA PAIGE | : | |
| A/K/A MICHELE A. PAIGE | : | |
| A/K/A MICHELE PAIGE, | : | |
| | : | |
| DEBTORS. | : | |

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on this 17th day of May, 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
Middle District of PA
228 Walnut Street
Room 1190
Harrisburg, PA 17101-1722
ustpregion03.ha.ecf@usdoj.gov

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377