IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CASE NO. 5-15-03421-RNO |
| STEPHEN MATLIN, : | CHAPTER 7 |
| DEBTOR. : | |

## TRUSTEE'S CERTIFICATION OF NO OBJECTION OR ANSWER TO TRUSTEE'S FINAL REPORT, NOTICE OF TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION

The Chapter 7 Trustee, Mark J. Conway, Esquire, hereby certifies that there has been no response or answer to the Trustee's Final Report, Notice of Trustee's Final Report and Proposed Distribution in the above-captioned matter. Accordingly, the Trustee respectfully requests this Court to issue the appropriate Order.

**LAW OFFICES OF MARK J. CONWAY, P.C.**

 /s/ Mark J. Conway
MARK J. CONWAY, ESQ.
502 South Blakely Street
Dunmore, PA  18512
(570) 343-5350

Counsel for Chapter 7 Trustee

Dated:  June 21, 2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-15-03421-RNO |
| | : | |
| STEPHEN MATLIN, | : | CHAPTER 7 |
| | : | |
| DEBTOR. | : | |

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on this 21st day of June, 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
228 Walnut Street
Room 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA  18512
Phone (570) 343-5350
Fax (570) 343-5377