# —LAW OFFICES—
# MARK J. CONWAY
## A PROFESSIONAL CORPORATION

502 S. BLAKELY STREET  
DUNMORE, PA 18512  
TELEPHONE: (570) 343-5350  
FAX: (570) 343-5377  
WWW.MJCONWAYLAW.COM

303 EAST SHORE DR.  
LAKE ARIEL, PA 18436  
(570) 343-5350

July 15, 2019



**VIA FIRST CLASS MAIL**  
Clerk, U.S. Bankruptcy Court  
274 Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes-Barre, PA 18701

    **RE:** **Matlin, Stephen**  
          **Case No. 5-15-03421-RNO**

Dear Clerk:

Enclosed please find check number 139 in the sum of Seven Dollars and Forty-Two Cents ($7.42), representing small dividends for the following claims filed in the above-referenced bankruptcy proceeding:

| Claim No. | Creditor | Address | Dividend |
|---|---|---|---|
| 1I | Bay Area Ca | | $ 1.07 |
| 5I | Healthcare Associates In Med | | $ .43 |
| 6I | Jordan B. Glaser, MD | | $ .77 |
| 7I | Nco Fin51 | | $ 3.95 |
| 8I | NYU Hospital for Joint Diseases | | $ .77 |
| 11I | Staten Island Rehab Machine | | $ .43 |
| | Total | | $ 7.42 |

Should you have any questions, please feel free to contact me.

Very truly yours,

Constance Norvilas
Paralegal

Enc. (Check No. 139)

Printed: 07/15/19 01:25 PM

# Claims Distribution Small Checks

Page: 1

## Trustee: MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480)

Case: 5-15-03421-RO - MATLIN, STEPHEN

| Account No. | Check No. | Issued / Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 5019014866 | 139 | 06/28/19 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $7.42 |
| | | 1I | 01/03/17 | 640 | Bay Area Ca | 0.00 | 0.00 | 1.07 | 1.07 |
| | | 5I | 01/03/17 | 640 | Healthcare Associats in Med | 0.00 | 0.00 | 0.43 | 0.43 |
| | | 6I | 01/03/17 | 640 | Jordan B. Glaser, MD | 0.00 | 0.00 | 0.77 | 0.77 |
| | | 7I | 01/03/17 | 640 | Nco Fin51 | 0.00 | 0.00 | 3.95 | 3.95 |
| | | 8I | 01/03/17 | 640 | NYU Hospital for Joint Diseases | 0.00 | 0.00 | 0.77 | 0.77 |
| | | 11I | 01/03/17 | 640 | Staten Island Rehab Machine | 0.00 | 0.00 | 0.43 | 0.43 |

(*) Denotes objection to Amount Filed