— LAW OFFICES —
# MARK J. CONWAY
## A PROFESSIONAL CORPORATION

502 S. BLAKELY STREET
DUNMORE, PA 18512
TELEPHONE: (570) 343-5350
FAX: (570) 343-5377
WWW.MJCONWAYLAW.COM

303 EAST SHORE DR.
LAKE ARIEL, PA 18436
(570) 343-5350



October 3, 2019

**VIA FIRST CLASS MAIL**
Clerk, U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    RE:  **Matlin, Stephen**
           **Case# 5-15-03421-RNO**

Dear Clerk:

    Enclosed please find check number 140 in the sum of Fifteen Thousand Ten Dollars and Twenty-Five Cents ($15,010.25), representing unclaimed funds for the following claims filed in the above-referenced bankruptcy proceeding:

| Claim No. | Creditor | Address | Dividend |
|---|---|---|---|
| 1 | Bay Area Ca | 1000 Abernathy Rd. Building 400 Suite Atlanta, GA 30328 | $ 75.00 |
| 2 | Bay Area Cs | 1000 Abernathy Rd. Building 400 Suite Atlanta, GA 30328 | $ 1,379.00 |
| 7 | NCO Fin 51 | P.O. Box 15273 Wilmington, DE 19850 | $ 276.10 |
| 8 | NYU Hospital for Joint Diseases | 305 2nd Avenue, Suite 16 New York, NY 10003-2739 | $ 53.93 |
| 10 | Physicians of University Hospital | One Edgewater Street 6th Floor Staten Island, NY 10305 | $ 470.00 |

| | | | |
|---|---|---|---|
| 12 | Staten Island University Hospital | P.O. Box 29772<br>New York, NY 10087-9772 | $ 2,136.24 |
| 13 | Transworld Systems | 507 Prudential Road<br>Horsham, PA 19044 | $ 1,810.90 |
| 14 | Chase Auto | P.O. Box 901076<br>Fort Worth, TX 76101 | $ 8,603.00 |
| 2I | Bay Area Cs | 1000 Abernathy Rd.<br>Building 400 Suite<br>Atlanta, GA 30328 | $ 19.74 |
| 10I | Physicians of University Hospital | One Edgewater Street<br>6th Floor<br>Staten Island, NY 10305 | $ 6.73 |
| 12I | Staten Island University Hospital | P.O. Box 29772<br>New York, NY 10087-9772 | $ 30.57 |
| 13I | Transworld Systems | 507 Prudential Road<br>Horsham, PA 19044 | $ 25.92 |
| 14I | Chase Auto | P.O. Box 901076<br>Fort Worth, TX 76101 | $ 123.12 |

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Constance Norvilas
Paralegal

Enc. (Check No. 140)

**Trustee:** MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480)
**Case:** 5-15-03421-RO - MATLIN, STEPHEN

| Account No. 5019014866 | | Check No. 140 | Issued 10/02/19 | | Payee CLERK, U.S. BANKRUPTCY COURT | | | | Check Amount $15,010.25 |
|---|---|---|---|---|---|---|---|---|---|
| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 5019014866 | 1 | 112 | 01/03/17 | 610 | Bay Area Ca<br>1000 Abernathy Rd.<br>Building 400 Suite<br>Atlanta, GA 30328 | 75.00 | 75.00 | 75.00 | 75.00 |
| 5019014866 | 2 | 113 | 01/03/17 | 610 | Bay Area Cs<br>1000 Abernathy Rd.<br>Building 400 Suite<br>Atlanta, GA 30328 | 1,379.00 | 1,379.00 | 1,379.00 | 1,379.00 |
| 5019014866 | 7 | 118 | 01/03/17 | 610 | Nco Fin51<br>P.O. Box 15273<br>Wimington, DE 19850 | 276.10 | 276.10 | 276.10 | 276.10 |
| 5019014866 | 8 | 119 | 01/03/17 | 610 | NYU Hospital for Joint Diseases<br>305 2nd Ave Ste 16<br>New York, NY 10003-2739 | 53.93 | 53.93 | 53.93 | 53.93 |
| 5019014866 | 10 | 121 | 01/03/17 | 610 | Physicians of University Hospital<br>One Edgwater St. 6th Floor<br>Staten Island, NY 10305 | 470.00 | 470.00 | 470.00 | 470.00 |
| 5019014866 | 12 | 123 | 01/03/17 | 610 | Staten Island University Hosp<br>PO Box 29772<br>New York, NY 10087-9772 | 2,136.24 | 2,136.24 | 2,136.24 | 2,136.24 |
| 5019014866 | 13 | 124 | 01/03/17 | 610 | Transworld Systems<br>507 Prudential Road<br>Horsham, PA 19044 | 1,810.90 | 1,810.90 | 1,810.90 | 1,810.90 |
| 5019014866 | 14 | 125 | 01/03/17 | 610 | Chase Auto<br>PO Box 901076<br>Fort Worth, TX 76101 | 8,603.00 | 8,603.00 | 8,603.00 | 8,603.00 |

**Trustee:** MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480)
**Case:** 5-15-03421-RO - MATLIN, STEPHEN

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 5019014866 | 2I | 128 | 01/03/17 | 640 | Bay Area Cs<br>1000 Abernathy Rd.<br>Building 400 Suite<br>Atlanta, GA 30328 | 0.00 | 0.00 | 19.74 | 19.74 |
| 5019014866 | 10I | 132 | 01/03/17 | 640 | Physicians of University Hospital<br>One Edgwater St. 6th Floor<br>Staten Island, NY 10305 | 0.00 | 0.00 | 6.73 | 6.73 |
| 5019014866 | 12I | 133 | 01/03/17 | 640 | Staten Island University Hosp<br>PO Box 29772<br>New York, NY 10087-9772 | 0.00 | 0.00 | 30.57 | 30.57 |
| 5019014866 | 13I | 134 | 01/03/17 | 640 | Transworld Systems<br>507 Prudential Road<br>Horsham, PA 19044 | 0.00 | 0.00 | 25.92 | 25.92 |
| 5019014866 | 14I | 135 | 01/03/17 | 640 | Chase Auto<br>PO Box 901076<br>Fort Worth, TX 76101 | 0.00 | 0.00 | 123.12 | 123.12 |