## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MATLIN, STEPHEN | § | Case No. 5:15-03421-RNO |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

MARK J. CONWAY, CHAPTER 7 TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $23,558.00
*(without deducting any secured claims)*

Assets Exempt:  $35,733.00

Total Distribution to Claimants: $426,387.06

Claims Discharged
Without Payment: $0.00

Total Expenses of Administration: $262,347.98

3) Total gross receipts of $     895,000.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     206,264.96 (see **Exhibit 2**), yielded net receipts of  $688,735.04 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $329,777.07 | $340,533.04 | $340,533.04 | $340,533.04 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 262,347.98 | 262,347.98 | 262,347.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 37,933.83 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 38,605.85 | 86,486.75 | 84,642.68 | 85,854.02 |
| **TOTAL DISBURSEMENTS** | $406,316.75 | $689,367.77 | $687,523.70 | $688,735.04 |

4) This case was originally filed under Chapter 7 on August 10, 2015. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/19/2020          By: /s/MARK J. CONWAY, CHAPTER 7 TRUSTEE
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 629 Lakeview Drive W., Lake Ariel, PA 18436 - ta | 1110-000 | 410,000.00 |
| Debtor involved in car accident. Struck by Airpo | 1129-000 | 485,000.00 |
| **TOTAL GROSS RECEIPTS** | | $895,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ALL POCONO SETTLEMENT SERVICES, LLC STEPHEN MATLIN | Debtor's Exemption | 8100-002 | 21,486.35 |
| | DEBTOR'S EXEMPTION, RE: PERSONAL INJURY LITIGATION | 8100-002 | 22,975.00 |
| MATLIN, STEPHEN | Dividend paid 100.00% on $161,803.61; Claim# SURPLUS; Filed: $161,803.61; | | |
| | Reference: | 8200-002 | 161,803.61 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $206,264.96 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| . | OCWEN LOAN | 4110-000 | 109,330.00 | N/A | N/A | 0.00 |
| . | HSBC BANK USA | 4110-000 | 210,000.00 | N/A | N/A | 0.00 |
| . | Roamingwood Sewer & Water Authority | 4120-000 | 300.00 | N/A | N/A | 0.00 |
| | The Hideout POA | 4120-000 | 1,544.07 | N/A | N/A | 0.00 |
| . | Chase Auto | 4210-000 | 8,603.00 | N/A | N/A | 0.00 |
| | ALL POCONO SETTLEMENT SERVICES, LLC | 4700-000 | N/A | 512.12 | 512.12 | 512.12 |
| | ALL POCONO SETTLEMENT SERVICES, LLC | 4110-000 | N/A | 237,079.16 | 237,079.16 | 237,079.16 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | N/A | | 102,941.76 | 102,941.76 | 102,941.76 |
|---|---|---|---|---|---|---|
| ALL POCONO SETTLEMENT SERVICES, LLC | 4110-000 | N/A | | 102,941.76 | 102,941.76 | 102,941.76 |
| **TOTAL SECURED CLAIMS** | | $329,777.07 | | $340,533.04 | $340,533.04 | $340,533.04 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - MARK J. CONWAY, CHAPTER 7 TRUSTEE | 2100-000 | N/A | 37,686.75 | 37,686.75 | 37,686.75 |
| Trustee Expenses - MARK J. CONWAY, CHAPTER 7 TRUSTEE | 2200-000 | N/A | 145.44 | 145.44 | 145.44 |
| Other - CENTERS OF MEDICARE & MEDICAID SERVICES | 2990-000 | N/A | 14,537.21 | 14,537.21 | 14,537.21 |
| Attorney for Trustee Fees (Trustee Firm) - MARK J. CONWAY, ESQUIRE | 3110-000 | N/A | 9,637.50 | 9,637.50 | 9,637.50 |
| Attorney for Trustee Expenses (Trustee Firm) - MARK J. CONWAY, ESQUIRE | 3120-000 | N/A | 420.13 | 420.13 | 420.13 |
| Other - STAVROS SITINAS, ESQUIRE | 3210-000 | N/A | 160,046.41 | 160,046.41 | 160,046.41 |
| Other - STAVROS SITINAS, ESQUIRE | 3220-000 | N/A | 4,860.76 | 4,860.76 | 4,860.76 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - FEDEX | 2990-000 | N/A | 8.72 | 8.72 | 8.72 |
| Other - ALL POCONO SETTLEMENT SERVICES, LLC | 3510-000 | N/A | 24,600.00 | 24,600.00 | 24,600.00 |
| Other - ALL POCONO SETTLEMENT SERVICES, LLC | 2500-000 | N/A | 4,100.00 | 4,100.00 | 4,100.00 |
| Other - ALL POCONO SETTLEMENT SERVICES, LLC | 2500-000 | N/A | 1,784.26 | 1,784.26 | 1,784.26 |
| Other - ALL POCONO SETTLEMENT SERVICES, LLC | 2500-000 | N/A | 1,981.35 | 1,981.35 | 1,981.35 |
| Attorney for Trustee Fees (Trustee Firm) - ALL POCONO SETTLEMENT SERVICES, LLC | 3110-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Other - ALL POCONO SETTLEMENT SERVICES, LLC | 2500-000 | N/A | 15.00 | 15.00 | 15.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.67 | 10.67 | 10.67 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.78 | 8.78 | 8.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $262,347.98 | $262,347.98 | $262,347.98 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| . | IRS | 5800-000 | 20,658.83 | N/A | N/A | 0.00 |
| . | NYS Department of Taxation and Finance | 5800-000 | 17,275.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $37,933.83 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| . | PROJAN PROFESSIONAL CLEANING & RESTORATION | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| 1 | CLERK, U.S. BANKRUPTCY COURT - Bay Area Ca | 7100-001 | 75.00 | 75.00 | 75.00 | 75.00 |
| 1I | U.S. Bankruptcy Court - Bay Area Ca | 7990-001 | N/A | N/A | 0.00 | 1.07 |
| 2 | CLERK, U.S. BANKRUPTCY COURT - Bay Area Cs | 7100-001 | 1,379.00 | 1,379.00 | 1,379.00 | 1,379.00 |
| 2I | CLERK, U.S. BANKRUPTCY COURT - Bay Area Cs | 7990-001 | N/A | N/A | 0.00 | 19.74 |
| 3 | Clove Lakes Healthcare & Rehab Center | 7100-000 | 18,865.00 | 18,865.00 | 18,865.00 | 18,865.00 |
| 3I | Clove Lakes Healthcare & Rehab Center | 7990-000 | N/A | N/A | 0.00 | 269.98 |
| 4 | Gecrbsamsdc | 7100-000 | 2,287.00 | 2,287.00 | 2,287.00 | 2,287.00 |
| 4I | Gecrbsamsdc | 7990-000 | N/A | N/A | 0.00 | 32.73 |
| 5 | Healthcare Associats in Med | 7100-000 | 30.00 | 30.00 | 30.00 | 30.00 |
| 5I | U.S. Bankruptcy Court - Healthcare Associats in Med | 7990-001 | N/A | N/A | 0.00 | 0.43 |
| 6 | Jordan B. Glaser, MD | 7100-000 | 53.85 | 53.85 | 53.85 | 53.85 |
| 6I | U.S. Bankruptcy Court - Jordan B. Glaser, MD | 7990-001 | N/A | N/A | 0.00 | 0.77 |
| 7 | CLERK, U.S. BANKRUPTCY COURT - Nco Fin51 | 7100-001 | 276.10 | 276.10 | 276.10 | 276.10 |
| 7I | U.S. Bankruptcy Court - Nco Fin51 | 7990-001 | N/A | N/A | 0.00 | 3.95 |
| 8 | CLERK, U.S. BANKRUPTCY COURT - NYU Hospital for Joint | 7100-001 | 53.93 | 53.93 | 53.93 | 53.93 |
| 8I | U.S. Bankruptcy Court - NYU Hospital for Joint Diseases | 7990-001 | N/A | N/A | 0.00 | 0.77 |
| 9 | One on One Physical Therapy | 7100-000 | 10,638.83 | 10,638.83 | 10,638.83 | 10,638.83 |
| 9I | One on One Physical Therapy | 7990-000 | N/A | N/A | 0.00 | 152.25 |
| 10 | CLERK, U.S. BANKRUPTCY COURT - Physicians of University | 7100-001 | 470.00 | 470.00 | 470.00 | 470.00 |
| 10I | CLERK, U.S. BANKRUPTCY COURT - Physicians of University | 7990-001 | N/A | N/A | 0.00 | 6.73 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Staten Island Rehab Machine | 7100-000 | 30.00 | 30.00 | 30.00 | 30.00 |
| 11I | U.S. Bankruptcy Court - Staten Island Rehab Machine | 7990-001 | N/A | N/A | 0.00 | 0.43 |
| 12 | CLERK, U.S. BANKRUPTCY COURT - Staten Island University | 7100-001 | 2,136.24 | 2,136.24 | 2,136.24 | 2,136.24 |
| 12I | CLERK, U.S. BANKRUPTCY COURT - Staten Island University | 7990-001 | N/A | N/A | 0.00 | 30.57 |
| 13 | CLERK, U.S. BANKRUPTCY COURT - Transworld Systems | 7100-001 | 1,810.90 | 1,810.90 | 1,810.90 | 1,810.90 |
| 13I | CLERK, U.S. BANKRUPTCY COURT - Transworld Systems | 7990-001 | N/A | N/A | 0.00 | 25.92 |
| 14 | CLERK, U.S. BANKRUPTCY COURT - Chase Auto | 7100-001 | N/A | 8,603.00 | 8,603.00 | 8,603.00 |
| 14I | CLERK, U.S. BANKRUPTCY COURT - Chase Auto | 7990-001 | N/A | N/A | 0.00 | 123.12 |
| 15 | Roamingwood Sewer & Water Authority | 7100-000 | N/A | 300.00 | 0.00 | 0.00 |
| 16 | The Hideout POA | 7100-000 | N/A | 1,544.07 | 0.00 | 0.00 |
| 17 | IRS | 7100-000 | N/A | 20,658.83 | 20,658.83 | 20,658.83 |
| 17I | IRS | 7990-000 | N/A | N/A | 0.00 | 295.65 |
| 18 | NYS Department of Taxation and Finance | 7100-000 | N/A | 17,275.00 | 17,275.00 | 17,275.00 |
| 18I | NYS Department of Taxation and Finance | 7990-000 | N/A | N/A | 0.00 | 247.23 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $38,605.85 | $86,486.75 | $84,642.68 | $85,854.02 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:15-03421-RNO   **Trustee:** (580480)   MARK J. CONWAY, CHAPTER 7 TRUSTEE

**Case Name:** MATLIN, STEPHEN   **Filed (f) or Converted (c):** 08/10/15 (f)

**§341(a) Meeting Date:** 09/11/15

**Period Ending:** 04/19/20   **Claims Bar Date:** 12/03/16

| Ref. # | **1**<br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **2**<br>**Petition/**<br>**Unscheduled**<br>**Values** | **3**<br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **4**<br>**Property**<br>**Abandoned**<br>**OA=§554(a)** | **5**<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | **6**<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|---|
| 1 | 629 Lakeview Drive W., Lake Ariel, PA 18436 - ta<br>Carve-out to Trustee for $13,000.00 | 410,000.00 | 0.00 | | 410,000.00 | FA |
| 2 | Cash on hand<br>Imported from original petition Doc# 1 | 127.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account at Penn Star Bank<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture and appliances for residence<br>Imported from original petition Doc# 1 | 4,000.00 | 0.00 | | 0.00 | FA |
| 5 | Doll collection<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing for debtor<br>Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Rings, misc. jewelry<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | 30 shares Verizon stock<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Debtor involved in car accident. Struck by Airpo<br>Imported from original petition Doc# 1 | Unknown | 50,000.00 | | 485,000.00 | FA |
| 10 | 2004 Jeep Cherokee, 120 k miles, fair condition<br>Imported from original petition Doc# 1 | 3,181.00 | 0.00 | | 0.00 | FA |
| 11 | 2006 Chrysler 300, 45k miles, good condition<br>Imported from original petition Doc# 1 | 10,800.00 | 2,197.00 | | 0.00 | FA |
| 12 | Quad, 90hp, purchased 5 years ago used<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Power washer, air compressor, misc. household to<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| **13** | **Assets**   **Totals** (Excluding unknown values) | **$433,558.00** | **$52,197.00** | | **$895,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

9/22/15 - Order appt'g MJC issued

12/1/15 - Filed Application to Appoint Special Counsel, who is handling the litigation stemming from Asset #9. 12/9/15 Order issued on same.

9/1/16 - Status update from special counsel: Please be advised that our motion to amend the caption, substituting Mr. Conway in place and stead of Mr. Matlin, was

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | |
|---|---|---|---|
| **Case Number:** 5:15-03421-RNO | **Trustee:** | (580480) | MARK J. CONWAY, CHAPTER 7 TRUSTEE |
| **Case Name:** MATLIN, STEPHEN | **Filed (f) or Converted (c):** | 08/10/15 (f) | |
| | **§341(a) Meeting Date:** | 09/11/15 | |
| **Period Ending:** 04/19/20 | **Claims Bar Date:** | 12/03/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

granted on July 11th and the decision was filed on July 21, 2016.  A copy of the Court's decision is annexed hereto for your records.  The case is currently stayed pending discovery.  Discovery is permitted to proceed during the stay and deposition dates will be set with the defendants shortly.

Please let me know if there is anything else our office can provide you with.

10/31/16 - MJC e-mailed Sitinas' office requesting copies of Complaint & Answer

12/31/16 - Bar Date expired 12/3/16 - Deadline for Trustee to file addt'l POC's is 1/3/17

(Complaint & Answer not received to date - 12/31/16)

10/24/17 - Update from special counsel indicating plaintiff's deposition went forward and has been completed.  The defendants' deposition remains outstanding.  The defendants' Independent Medical Examination of our client is scheduled for November 9, 2017.  Furthermore, the Court has scheduled a Status Conference for January 11, 2018.

3/6/18 - Special counsel advised The status conference did occur on January 11, 2018 & that Mr. Matlin's IME is now scheduled for March 15, 2018 and the current stay on the case will expire on April 12, 2018.

10/2/18 -  Special counsel advises that  a court appearance is scheduled for November 13, 2018 relative to scheduling a trial in the matter.

10/12/18 - Asset No. 1 sold by Trustee. $21,486.35 of  sale paid directly to Debtor for his claimed exemption.

11/19/18 - TC from special counsel, Stavros Sitinas, re: upcoming mediation set for 11/26/18. He indicated that he thinks that it could settle for $150K-300K & that there is a medicare lien in the $45K range, his fee is 1/3 & he has costs of $6K, or thereabouts. He said typically a back injury like this would settle for $500K - $750K, but the Debtor had 9 back surgeries prior to this injury. MJC advised given the medicare lien, fees & costs it needs to settle for at least $200K-$250K, subject to Trustee & Bankruptcy Court approval. Sitinas may be calling on the mediation date to speak w/MJC.

11/26/18 - TC from special counsel, in mediation today. About $86k in POCs filed.  1/3 legal fees. 2nd TC - Medicare lien - $45k - -- up to high number but Matlin is concerned about medicare problem; Defendant at $400K, plus D will pay Medicare lien of $45K. He wants to do $450K, plus medicare lien of $45k paid by Defendant & will advise when settlement is reached.

11/27/18 - Special counsel advised a settlement in the sum of $485K has been reached. He will get the exact amount of the Medicare lien to us, along with the release for review, once it's been prepared.

11/28/18 - Application to Approve Settlement has been drafted, but need the specific #'s to complete same.

1/25/19 - Application to Approve Settlement & Pay Counsel Fees, Expenses & Subrogation Lien filed & Notice served. Objection deadline is 2/15/19.

2/13/19 - ORDER ISSUED REASSIGNING CASE TO JUDGE ROBERT N. OPEL, II.

5/10/19 - TFR SUBMITTED TO UST.

5/30/19 - TFR FILED WITH CLERK'S OFFICE BY UST & TRUSTEE SUPPLEMENT & NFR FILED W/CLERK. NFR MAILED - OBJECTION DEADLINE IS 6/20/19.

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 5:15-03421-RNO
**Case Name:** MATLIN, STEPHEN

**Period Ending:** 04/19/20

**Trustee:** (580480) MARK J. CONWAY, CHAPTER 7 TRUSTEE
**Filed (f) or Converted (c):** 08/10/15 (f)
**§341(a) Meeting Date:** 09/11/15
**Claims Bar Date:** 12/03/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

6/21/19 - FILED CERTIFICATE OF NO OBJECTION.

6/28/19 - DISTRIBUTION ORDER ISSUED. APPEAL DEADLINE IS JULY 12, 2019.

7/15/19 - DISTRIBUTION CKS. & DEBTOR SURPLUS CK. MAILED.

10/3/19 - UNCLAIMED FUNDS CK. TO CLERK'S OFFICE.

1/8/2020 - BANK ACCT. ZEROED OUT - PREPARE TDR. (CALENDARED FOR 3/31/2020)

4/20/2020 - TDR SUBMITTED TO UST

**Initial Projected Date Of Final Report (TFR):** December 31, 2017     **Current Projected Date Of Final Report (TFR):** May 10, 2019 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 5:15-03421-RNO | | **Trustee:** | MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480) | |
| **Case Name:** | MATLIN, STEPHEN | | **Bank Name:** | Mechanics Bank | |
| | | | **Account:** | ******4866 - Checking Account | |
| **Taxpayer ID #:** | **-***7917 | | **Blanket Bond:** | $8,610,829.00 (per case limit) | |
| **Period Ending:** | 04/19/20 | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/16/18 | | ALL POCONO SETTLEMENT SERVICES, LLC | Net Sale Proceeds of 629 W. Lakeview Drive, Lake Ariel, PA - Per Court Order of 10/9/18 | | | 13,000.00 | | 13,000.00 |
| | {1} | | Gross Sales Price | 410,000.00 | 1110-000 | | | 13,000.00 |
| | | | Real Estate Commission | -24,600.00 | 3510-000 | | | 13,000.00 |
| | | | Transfer Tax Payable by Seller | -4,100.00 | 2500-000 | | | 13,000.00 |
| | | | Net Real Estate Taxes - $5559.16 (taxes pd @ closing) - $5047.04 (credit to seller) | -512.12 | 4700-000 | | | 13,000.00 |
| | | | Water & Sewer Charges | -1,784.26 | 2500-000 | | | 13,000.00 |
| | | | HOA Dues, Fees & Resale Certificate | -1,981.35 | 2500-000 | | | 13,000.00 |
| | | | HSBC Bank USA - 1st Mortgage Payoff | -237,079.16 | 4110-000 | | | 13,000.00 |
| | | | Morgan Stanley - 2nd Mortgage Payoff | -102,941.76 | 4110-000 | | | 13,000.00 |
| | | | Trustee Counsel Closing Fees per 10/9/18 Court Order | -2,500.00 | 3110-000 | | | 13,000.00 |
| | | | Notary Fee at Closing | -15.00 | 2500-000 | | | 13,000.00 |
| | | | Debtor's Exemption | -21,486.35 | 8100-002 | | | 13,000.00 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 12,995.00 |
| 11/16/18 | 101 | FEDEX | OVERNIGHT DELIVERY CHARGES - CLOSING DOCUMENTS | | 2990-000 | | 8.72 | 12,986.28 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.67 | 12,975.61 |
| 01/03/19 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #5-15-03421-RO, 2019 BOND PREMIUM | | 2300-000 | | 8.78 | 12,966.83 |
| 02/25/19 | {9} | OLD REPUBLIC INSURANCE COMPANY | GROSS SETTLEMENT PROCEEDS ON LITIGATION | | 1129-000 | 485,000.00 | | 497,966.83 |
| 03/05/19 | 103 | STAVROS E. SITINAS, ESQUIRE | SPECIAL COUNSEL FEES PER COURT ORDER OF 2/20/19 | | 3210-000 | | 160,046.41 | 337,920.42 |
| 03/05/19 | 104 | STAVROS E. SITINAS, ESQUIRE | SPECIAL COUNSEL EXPENSES PER COURT ORDER OF 2/20/19 | | 3220-000 | | 4,860.76 | 333,059.66 |
| 03/05/19 | 105 | CENTERS FOR MEDICARE & MEDICAID SERVICES | FULL & FINAL PAYMENT OF CMS SUBROGATION LIEN, PER COURT ORDER OF 2/20/19 | | 2990-000 | | 14,293.96 | 318,765.70 |

| | | | Subtotals : | $498,000.00 | $179,234.30 |
|---|---|---|---|---|---|

{} Asset references)

Printed 04/19/2020 09:50:20 PM    V.14.66

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 5:15-03421-RNO | | **Trustee:** | MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480) | | |
| **Case Name:** | MATLIN, STEPHEN | | **Bank Name:** | Mechanics Bank | | |
| | | | **Account:** | ******4866 - Checking Account | | |
| **Taxpayer ID #:** | **-***7917 | | **Blanket Bond:** | $8,610,829.00 (per case limit) | | |
| **Period Ending:** | 04/19/20 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/19 | 106 | STEPHEN MATLIN | DEBTOR'S EXEMPTION, RE: PERSONAL INJURY LITIGATION | 8100-002 | | 22,975.00 | 295,790.70 |
| 04/03/19 | 107 | MEDICARE | BALANCE DUE ON CMS SUBROGATION LIEN DUE TO INTEREST ACCUMULATION | 2990-000 | | 243.25 | 295,547.45 |
| 06/28/19 | 108 | MARK J. CONWAY, CHAPTER 7 TRUSTEE | Dividend paid 100.00% on $37,686.75, Trustee Compensation; Reference: | 2100-000 | | 37,686.75 | 257,860.70 |
| 06/28/19 | 109 | MARK J. CONWAY, CHAPTER 7 TRUSTEE | Dividend paid 100.00% on $145.44, Trustee Expenses; Reference: | 2200-000 | | 145.44 | 257,715.26 |
| 06/28/19 | 110 | MARK J. CONWAY, ESQUIRE | Dividend paid 100.00% on $9,637.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 9,637.50 | 248,077.76 |
| 06/28/19 | 111 | MARK J. CONWAY, ESQUIRE | Dividend paid 100.00% on $420.13, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 420.13 | 247,657.63 |
| 06/28/19 | 112 | Bay Area Ca | Dividend paid 100.00% on $75.00; Claim# 1; Filed: $75.00; Reference: Stopped on 10/02/19 | 7100-005 | | 75.00 | 247,582.63 |
| 06/28/19 | 113 | Bay Area Cs | Dividend paid 100.00% on $1,379.00; Claim# 2; Filed: $1,379.00; Reference: Stopped on 10/02/19 | 7100-005 | | 1,379.00 | 246,203.63 |
| 06/28/19 | 114 | Clove Lakes Healthcare & Rehab Center | Dividend paid 100.00% on $18,865.00; Claim# 3; Filed: $18,865.00; Reference: | 7100-000 | | 18,865.00 | 227,338.63 |
| 06/28/19 | 115 | Gecrbsamsdc | Dividend paid 100.00% on $2,287.00; Claim# 4; Filed: $2,287.00; Reference: | 7100-000 | | 2,287.00 | 225,051.63 |
| 06/28/19 | 116 | Healthcare Associals in Med | Dividend paid 100.00% on $30.00; Claim# 5; Filed: $30.00; Reference: | 7100-000 | | 30.00 | 225,021.63 |
| 06/28/19 | 117 | Jordan B. Glaser, MD | Dividend paid 100.00% on $53.85; Claim# 6; Filed: $53.85; Reference: | 7100-000 | | 53.85 | 224,967.78 |
| 06/28/19 | 118 | Nco Fin51 | Dividend paid 100.00% on $276.10; Claim# 7; Filed: $276.10; Reference: Stopped on 10/02/19 | 7100-005 | | 276.10 | 224,691.68 |
| 06/28/19 | 119 | NYU Hospital for Joint Diseases | Dividend paid 100.00% on $53.93; Claim# 8; Filed: $53.93; Reference: Stopped on 10/02/19 | 7100-005 | | 53.93 | 224,637.75 |
| 06/28/19 | 120 | One on One Physical Therapy | Dividend paid 100.00% on $10,638.83; Claim# 9; Filed: $10,638.83; Reference: | 7100-000 | | 10,638.83 | 213,998.92 |
| 06/28/19 | 121 | Physicians of University Hospital | Dividend paid 100.00% on $470.00; Claim# 10; Filed: $470.00; Reference: Stopped on 10/02/19 | 7100-005 | | 470.00 | 213,528.92 |
| 06/28/19 | 122 | Staten Island Rehab Machine | Dividend paid 100.00% on $30.00; Claim# 11; | 7100-000 | | 30.00 | 213,498.92 |
| | | | Subtotals : | | $0.00 | $105,266.78 | |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 5:15-03421-RNO |
| **Case Name:** | MATLIN, STEPHEN |
| **Taxpayer ID #:** | **-***7917 |
| **Period Ending:** | 04/19/20 |

| | |
|---|---|
| **Trustee:** | MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******4866 - Checking Account |
| **Blanket Bond:** | $8,610,829.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $30.00; Reference: | | | | |
| 06/28/19 | 123 | Staten Island University Hosp | Dividend paid 100.00% on $2,136.24; Claim# 12; Filed: $2,136.24; Reference: Stopped on 10/02/19 | 7100-005 | | 2,136.24 | 211,362.68 |
| 06/28/19 | 124 | Transworld Systems | Dividend paid 100.00% on $1,810.90; Claim# 13; Filed: $1,810.90; Reference: Stopped on 10/02/19 | 7100-005 | | 1,810.90 | 209,551.78 |
| 06/28/19 | 125 | Chase Auto | Dividend paid 100.00% on $8,603.00; Claim# 14; Filed: $8,603.00; Reference: Stopped on 10/02/19 | 7100-005 | | 8,603.00 | 200,948.78 |
| 06/28/19 | 126 | IRS | Dividend paid 100.00% on $20,658.83; Claim# 17; Filed: $20,658.83; Reference: | 7100-000 | | 20,658.83 | 180,289.95 |
| 06/28/19 | 127 | NYS Department of Taxation and Finance | Dividend paid 100.00% on $17,275.00; Claim# 18; Filed: $17,275.00; Reference: | 7100-000 | | 17,275.00 | 163,014.95 |
| 06/28/19 | 128 | Bay Area Cs | Dividend paid 100.00% on $0.00; Claim# 2I; Filed: $0.00; Reference: Stopped on 10/02/19 | 7990-005 | | 19.74 | 162,995.21 |
| 06/28/19 | 129 | Clove Lakes Healthcare & Rehab Center | Dividend paid 100.00% on $0.00; Claim# 3I; Filed: $0.00; Reference: | 7990-000 | | 269.98 | 162,725.23 |
| 06/28/19 | 130 | Gecrbsamsdc | Dividend paid 100.00% on $0.00; Claim# 4I; Filed: $0.00; Reference: | 7990-000 | | 32.73 | 162,692.50 |
| 06/28/19 | 131 | One on One Physical Therapy | Dividend paid 100.00% on $0.00; Claim# 9I; Filed: $0.00; Reference: | 7990-000 | | 152.25 | 162,540.25 |
| 06/28/19 | 132 | Physicians of University Hospital | Dividend paid 100.00% on $0.00; Claim# 10I; Filed: $0.00; Reference: Stopped on 10/02/19 | 7990-005 | | 6.73 | 162,533.52 |
| 06/28/19 | 133 | Staten Island University Hosp | Dividend paid 100.00% on $0.00; Claim# 12I; Filed: $0.00; Reference: Stopped on 10/02/19 | 7990-005 | | 30.57 | 162,502.95 |
| 06/28/19 | 134 | Transworld Systems | Dividend paid 100.00% on $0.00; Claim# 13I; Filed: $0.00; Reference: Stopped on 10/02/19 | 7990-005 | | 25.92 | 162,477.03 |
| 06/28/19 | 135 | Chase Auto | Dividend paid 100.00% on $0.00; Claim# 14I; Filed: $0.00; Reference: Stopped on 10/02/19 | 7990-005 | | 123.12 | 162,353.91 |
| 06/28/19 | 136 | IRS | Dividend paid 100.00% on $0.00; Claim# 17I; Filed: $0.00; Reference: | 7990-000 | | 295.65 | 162,058.26 |
| 06/28/19 | 137 | NYS Department of Taxation and Finance | Dividend paid 100.00% on $0.00; Claim# 18I; Filed: $0.00; Reference: | 7990-000 | | 247.23 | 161,811.03 |

| | | | Subtotals : | | $0.00 | $51,687.89 | |

{} Asset reference(s)

Printed: 04/29/2020 04:20 PM V.14.66

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 5:15-03421-RNO | |
| **Case Name:** | MATLIN, STEPHEN | |
| **Taxpayer ID #:** | **-***7917 | |
| **Period Ending:** | 04/19/20 | |

| | |
|---|---|
| **Trustee:** | MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******4866 - Checking Account |
| **Blanket Bond:** | $8,610,829.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/28/19 | 138 | MATLIN, STEPHEN | Dividend paid 100.00% on $161,803.61; Claim# SURPLUS; Filed: $161,803.61; Reference: | 8200-002 | | 161,803.61 | 7.42 |
| 06/28/19 | 139 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 7.42 | 0.00 |
| | | | Dividend paid 100.00%          1.07 on $0.00;  Claim# 1I; Filed: $0.00 | 7990-001 | | | 0.00 |
| | | | Dividend paid 100.00%          0.43 on $0.00;  Claim# 5I; Filed: $0.00 | 7990-001 | | | 0.00 |
| | | | Dividend paid 100.00%          0.77 on $0.00;  Claim# 6I; Filed: $0.00 | 7990-001 | | | 0.00 |
| | | | Dividend paid 100.00%          3.95 on $0.00;  Claim# 7I; Filed: $0.00 | 7990-001 | | | 0.00 |
| | | | Dividend paid 100.00%          0.77 on $0.00;  Claim# 8I; Filed: $0.00 | 7990-001 | | | 0.00 |
| | | | Dividend paid 100.00%          0.43 on $0.00;  Claim# 11I; Filed: $0.00 | 7990-001 | | | 0.00 |
| 10/02/19 | 112 | Bay Area Ca | Dividend paid 100.00% on $75.00; Claim# 1; Filed: $75.00; Reference: Stopped: check issued on 06/28/19 | 7100-005 | | -75.00 | 75.00 |
| 10/02/19 | 113 | Bay Area Cs | Dividend paid 100.00% on $1,379.00; Claim# 2; Filed: $1,379.00; Reference: Stopped: check issued on 06/28/19 | 7100-005 | | -1,379.00 | 1,454.00 |
| 10/02/19 | 118 | Nco Fin51 | Dividend paid 100.00% on $276.10; Claim# 7; Filed: $276.10; Reference: Stopped: check issued on 06/28/19 | 7100-005 | | -276.10 | 1,730.10 |
| 10/02/19 | 119 | NYU Hospital for Joint Diseases | Dividend paid 100.00% on $53.93; Claim# 8; Filed: $53.93; Reference: Stopped: check issued on 06/28/19 | 7100-005 | | -53.93 | 1,784.03 |
| 10/02/19 | 121 | Physicians of University Hospital | Dividend paid 100.00% on $470.00; Claim# 10; Filed: $470.00; Reference: Stopped: check issued on 06/28/19 | 7100-005 | | -470.00 | 2,254.03 |
| 10/02/19 | 123 | Staten Island University Hosp | Dividend paid 100.00% on $2,136.24; Claim# 12; Filed: $2,136.24; Reference: | 7100-005 | | -2,136.24 | 4,390.27 |

| | | Subtotals : | $0.00 | $157,420.76 |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 04/19/2020 04:20 PM     V 14.66

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 5:15-03421-RNO |
| **Case Name:** | MATLIN, STEPHEN |
| **Taxpayer ID #:** | **-***7917 |
| **Period Ending:** | 04/19/20 |

| | |
|---|---|
| **Trustee:** | MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******4866 - Checking Account |
| **Blanket Bond:** | $8,610,829.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/02/19 | 124 | Transworld Systems | Dividend paid 100.00% on $1,810.90; Claim# 13; Filed: $1,810.90; Reference: Stopped: check issued on 06/28/19 | 7100-005 | | -1,810.90 | 6,201.17 |
| 10/02/19 | 125 | Chase Auto | Dividend paid 100.00% on $8,603.00; Claim# 14; Filed: $8,603.00; Reference: Stopped: check issued on 06/28/19 | 7100-005 | | -8,603.00 | 14,804.17 |
| 10/02/19 | 128 | Bay Area Cs | Dividend paid 100.00% on $0.00; Claim# 2I; Filed: $0.00; Reference: Stopped: check issued on 06/28/19 | 7990-005 | | -19.74 | 14,823.91 |
| 10/02/19 | 132 | Physicians of University Hospital | Dividend paid 100.00% on $0.00; Claim# 10I; Filed: $0.00; Reference: Stopped: check issued on 06/28/19 | 7990-005 | | -6.73 | 14,830.64 |
| 10/02/19 | 133 | Staten Island University Hosp | Dividend paid 100.00% on $0.00; Claim# 12I; Filed: $0.00; Reference: Stopped: check issued on 06/28/19 | 7990-005 | | -30.57 | 14,861.21 |
| 10/02/19 | 134 | Transworld Systems | Dividend paid 100.00% on $0.00; Claim# 13I; Filed: $0.00; Reference: Stopped: check issued on 06/28/19 | 7990-005 | | -25.92 | 14,887.13 |
| 10/02/19 | 135 | Chase Auto | Dividend paid 100.00% on $0.00; Claim# 14I; Filed: $0.00; Reference: Stopped: check issued on 06/28/19 | 7990-005 | | -123.12 | 15,010.25 |
| 10/02/19 | 140 | CLERK, U.S. BANKRUPTCY COURT | REISSUED CHECK FROM STALE CHECK PROCESSING | | | 15,010.25 | 0.00 |
| | | Bay Area Ca | Dividend paid 100.00% on $75.00; Claim# 1; Filed: $75.00; Reference: | 7100-001 | 75.00 | | 0.00 |
| | | Bay Area Cs | Dividend paid 100.00% on $1,379.00; Claim# 2; Filed: $1,379.00; Reference: | 7100-001 | 1,379.00 | | 0.00 |
| | | Nco Fin51 | Dividend paid 100.00% on $276.10; Claim# 7; Filed: $276.10; Reference: | 7100-001 | 276.10 | | 0.00 |
| | | NYU Hospital for Joint Diseases | Dividend paid 100.00% on $53.93; Claim# 8; Filed: $53.93; | 7100-001 | 53.93 | | 0.00 |

| | | | | Subtotals : | $0.00 | $4,390.27 | |

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 5:15-03421-RNO |
| **Case Name:** | MATLIN, STEPHEN |
| **Taxpayer ID #:** | **-***7917 |
| **Period Ending:** | 04/19/20 |

| | |
|---|---|
| **Trustee:** | MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******4866 - Checking Account |
| **Blanket Bond:** | $8,610,829.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Reference: | | | | | |
| | | Physicians of University Hospital | Dividend paid 100.00%<br>on $470.00; Claim# 10;<br>Filed: $470.00;<br>Reference: | 470.00 | 7100-001 | | | 0.00 |
| | | Staten Island University Hosp | Dividend paid 100.00%<br>on $2,136.24; Claim# 12;<br>Filed: $2,136.24;<br>Reference: | 2,136.24 | 7100-001 | | | 0.00 |
| | | Transworld Systems | Dividend paid 100.00%<br>on $1,810.90; Claim# 13;<br>Filed: $1,810.90;<br>Reference: | 1,810.90 | 7100-001 | | | 0.00 |
| | | Chase Auto | Dividend paid 100.00%<br>on $8,603.00; Claim# 14;<br>Filed: $8,603.00;<br>Reference: | 8,603.00 | 7100-001 | | | 0.00 |
| | | Bay Area Cs | Dividend paid 100.00%<br>on $0.00; Claim# 2I;<br>Filed: $0.00; Reference: | 19.74 | 7990-001 | | | 0.00 |
| | | Physicians of University Hospital | Dividend paid 100.00%<br>on $0.00; Claim# 10I;<br>Filed: $0.00; Reference: | 6.73 | 7990-001 | | | 0.00 |
| | | Staten Island University Hosp | Dividend paid 100.00%<br>on $0.00; Claim# 12I;<br>Filed: $0.00; Reference: | 30.57 | 7990-001 | | | 0.00 |
| | | Transworld Systems | Dividend paid 100.00%<br>on $0.00; Claim# 13I;<br>Filed: $0.00; Reference: | 25.92 | 7990-001 | | | 0.00 |
| | | Chase Auto | Dividend paid 100.00%<br>on $0.00; Claim# 14I;<br>Filed: $0.00; Reference: | 123.12 | 7990-001 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 498,000.00 | 498,000.00 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **498,000.00** | **498,000.00** | |
| Less: Payments to Debtors | | 206,264.96 | |
| **NET Receipts / Disbursements** | **$498,000.00** | **$291,735.04** | |

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 5:15-03421-RNO | Trustee: | MARK J. CONWAY, CHAPTER 7 TRUSTEE (580480) |
|---|---|---|---|
| Case Name: | MATLIN, STEPHEN | Bank Name: | Mechanics Bank |
| | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***7917 | Blanket Bond: | $8,610,829.00  (per case limit) |
| Period Ending: | 04/19/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Net Receipts : | 498,000.00 | |
| Plus Gross Adjustments : | 397,000.00 | |
| Less Payments to Debtor : | 206,264.96 | |
| Net Estate : | $688,735.04 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4866** | **498,000.00** | **291,735.04** | **0.00** |
| | **$498,000.00** | **$313,221.39** | **$0.00** |