| Debtor 1 | Stephen | | Matlin |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) First Name | | Middle Name | Last Name |

United States Bankruptcy Court for the Middle District of Pennsylvania

Case number: 5:15-bk-03421

FILED '26 MAR 17 PM2:41
CLERK, US COURT, PAMB

CWb

Form 1340 (12/23)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| Amount: | $8,726.12 |
|---|---|
| Claimant's Name: | Royal Investment Acquisitons, LLC as assignee to Stephen Matlin |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | PO Box 384 Howey In The Hills, FL 34737<br>407-494-5266<br>claims@dynamicrecoveryprocessing.com |

### 2. Claimant Information

Applicant[2] represents the following:

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

__Chase Auto aka Chase Auto Finance c/o J.P. Morgan Chase Bank N.A.__
_____.

☐ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☐ Applicant is the Claimant.

☒ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may or may not be the same.
[3] The Owner of Record is the original payee.

## 4. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

## 5. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Pennsylvania
William J Nealon Federal Bldg & Courthouse
235 N Washington Ave, Ste 311 Scranton, PA 18503

### 6. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.

Date: 3/12/2026

Signature of Applicant

Eli Melse, as Managing Member

Printed Name of Applicant

Address: PO Box 384
Howey In The Hills, FL 34737

Telephone: 407-494-5266

Email: Eli.M@dynamicrecoveryprocessing.com

### 6. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152.

Date: _____

Signature of Co-Applicant (if applicable)

_____

Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

### 7. Notarization

STATE OF Florida

COUNTY OF Lake

This Application for Unclaimed Funds, dated March 12, 2026 was subscribed and sworn to before me this 12th day of March, 2026 by

Eli Melse

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

*[Notarial wording to be adjusted based on state requirements]*

(SEAL)    Notary Public Martina Peebles

Notary Public State of Florida
Martina Peebles
My Commission HH 733467
Expires 10/21/2029

My commission expires: 10/21/2029

### 7. Notarization

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

*[Notarial wording to be adjusted based on state requirements]*

(SEAL)    Notary Public _____

My commission expires: