United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Stephen Matlin

Debtor

Case No. 15-03421-HWV

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5

Date Rcvd: Mar 19, 2026

User: AutoDocke

Form ID: nthrgreq

Page 1 of 2

Total Noticed: 5

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Chase Auto aka Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| cr | + | Eli Melse, PO Box 384, Howey In The Hills, FL 34737-0384 |
| | + | Stephen Matlin, 22 Churchill Blvd, New Egypt NJ 08533-1719 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2026 18:46:56 | Chase, PO Box 182055, Columbus, OH 43218-2055 |
| + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2026 18:47:01 | JP Morgan Chase Bank N.A., 14800 Frye Road, TXI-0011, Fort Worth, TX 76155-2732 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026

Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

**Name** **Email Address**

James Warmbrodt

on behalf of Creditor FV-I Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com

John J Martin

District/off: 0314-5

User: AutoDocke

Page 2 of 2

Date Rcvd: Mar 19, 2026

Form ID: nthrgreq

Total Noticed: 5

on behalf of Debtor 1 Stephen Matlin jmartin@martin-law.net
kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

Mark J. Conway

Connie_Norvilas@pamb.uscourts.gov

Mark J. Conway

on behalf of Trustee Mark J. Conway info@mjconwaylaw.com connie@mjconwaylaw.com;mjc@mjconwaylaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

   Stephen Matlin

   **Debtor 1**

Chapter: 7

Case number: 5:15−bk−03421−HWV

Document Number: 109

Matter: Application for Payment of Unclaimed Funds

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on August 10, 2015.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 4/21/26**  **Time: 09:30 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 19, 2026 |

nthrgreq(02/19)