United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                        Case No. 15-03421-HWV

Stephen Matlin                                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | Page 1 of 2
Date Rcvd: Mar 20, 2026 | Form ID: nthrgreq | Total Noticed: 5

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Chase Auto aka, Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| cr | + | Eli Melse, PO Box 384, Howey In The Hills, FL 34737-0384 |
| | + | Stephen Matlin, 22 Churchill Blvd, New Egypt NJ 08533-1719 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2026 18:56:49 | Chase, PO Box 182055, Columbus, OH 43218-2055 |
| | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 20 2026 18:56:49 | JP Morgan Chase Bank N.A., 14800 Frye Road, TXI-0011, Fort Worth TX 76155-2732 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                         Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

**Name                              Email Address**

James Warmbrodt
                on behalf of Creditor FV-I  Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com

John J Martin

on behalf of Debtor 1 Stephen Matlin jmartin@martin-law.net
kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

Mark J. Conway

Connie_Norvilas@pamb.uscourts.gov

Mark J. Conway

on behalf of Trustee Mark J. Conway info@mjconwaylaw.com  connie@mjconwaylaw.com;mjc@mjconwaylaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stephen Matlin

**Debtor 1**

Chapter: 7

Case number: 5:15−bk−03421−HWV

Document Number: 109

Matter: Application for Payment of Unclaimed Fund

### Amended Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on August 10, 2015.

A hearing on the above referenced matter has been rescheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | **Date: 4/21/26** <br> **Time: 09:30 AM** |

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 20, 2026 |

nthrgreq(02/19)