United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 15-03421-HWV

Stephen Matlin                                                     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: AutoDocke                        Page 1 of 1

Date Rcvd: Apr 21, 2026                     Form ID: pdf010                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2026:**

**Recip ID**    **Recipient Name and Address**
cr    + Eli Melse, PO Box 384, Howey In The Hills, FL 34737-0384

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2026 at the address(es) listed below:**

**Name**    **Email Address**

James Warmbrodt
    on behalf of Creditor FV-I  Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com

John J Martin
    on behalf of Debtor 1 Stephen Matlin jmartin@martin-law.net
    kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

Mark J. Conway
    on behalf of Trustee Mark J. Conway info@mjconwaylaw.com  connie@mjconwaylaw.com;mjc@mjconwaylaw.com

Mark J. Conway
    Connie_Norvilas@pamb.uscourts.gov

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# U.S. Bankruptcy Court
## Middle District of Pennsylvania (Wilkes−Barre)
## Bankruptcy Petition #: 5:15−bk−03421−HWV

*Date filed:* 08/10/2015
*Date terminated:* 05/01/2020
*Debtor discharged:* 01/12/2016
*341 meeting:* 09/11/2015
*Deadline for objecting to discharge:* 11/10/2015
*Deadline for financial mgmt. course:* 11/10/2015

*Assigned to:* Chief Judge Henry W. Van Eck
Chapter 7
Voluntary
Asset

*Debtor disposition:* Standard Discharge

*Debtor 1*
**Stephen Matlin**
1645 The Hideout
Lake Ariel, PA 18436
WAYNE−PA
SSN / ITIN: xxx−xx−8239

represented by **John J Martin**
Law Offices John J. Martin
1022 Court Street
Honesdale, PA 18431
570 253−6899
Fax : 570 253−6988
Email: jmartin@martin−law.net

*Trustee*
**Mark J. Conway**
(Trustee)
502 South Blakely Street
Dunmore, PA 18512
570 343−5350

represented by **Mark J. Conway**
Law Offices of Mark J Conway PC
502 South Blakely Street
Dunmore, PA 18512
570 343−5350
Fax : 570 343−5377
Email: info@mjconwaylaw.com

**Stavros E. Sitinas**
444 Madison Avenue
4th Floor
New York, NY

*Asst. U.S. Trustee*
**United States Trustee**
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
717 221−4515

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 04/21/2026 | | 116 | **Proceeding Memo for hearing scheduled on: 04/21/2026**<br>**MATTER:** Application for Payment of Unclaimed Funds in the amount of $8,726.12 for Royal Investment Acquisition LLC as assignee to Stephen Matlin 109<br>**APPEARANCES:** Eli Melse and Joseph Schalk<br>**DISPOSITION:** Hearing on Application for Payment of Unclaimed Funds in the amount of $8,726.12 for Royal Investment Acquisition LLC as assignee to Stephen Matlin held. Record made. Matter continued.<br>**HEARING Scheduled for 05/19/2026 at 10:00 AM at U.S. Courthouse, 1501 N. 6th St. Harrisburg, PA.** (Wilson, Tonia)<br>(Entered: 04/21/2026) |