In re:                                                                  Case No. 15-03421-HWV

Stephen Matlin                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: AutoDocke                        Page 1 of 2

Date Rcvd: May 20, 2026                      Form ID: pdf010                      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

**Recip ID              Recipient Name and Address**
cr                    + Eli Melse, PO Box 384, Howey In The Hills, FL 34737-0384

                      + Royal Investment Acquisitions, LLC, as assignee to Stephen Matlin, PO Box 384, Howey in the Hills, FL 34737-0384

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                        Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

James Warmbrodt

    on behalf of Creditor FV-I  Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC bkgroup@kmllawgroup.com

John J Martin

    on behalf of Debtor 1 Stephen Matlin jmartin@martin-law.net
    kmartin@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

Mark J. Conway

    on behalf of Trustee Mark J. Conway info@mjconwaylaw.com  connie@mjconwaylaw.com;mjc@mjconwaylaw.com

Mark J. Conway

    Connie_Norvilas@pamb.uscourts.gov

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                               :

                                    :     CHAPTER 7

STEPHEN MATLIN,                 :

                                    :     CASE NO. 5:15-bk-03421-HWV

                Debtor.            :

## ORDER

Upon consideration of the Application for Payment of Unclaimed Funds filed by Royal Investment Acquisitions, LLC as assignee to Stephen Matlin (the "Applicant"), Doc. 109, and the hearing held on May 19, 2026, during which it was established that the Applicant is entitled to the unclaimed funds, it is

**ORDERED** that the sum of $8,726.12 held in unclaimed funds be made payable to the Applicant, and disbursed to the payee at the following address:

PO Box 384 Howey In The Hills, FL 34737.

The Clerk will disburse these funds not earlier than 14 days after entry of this Order.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 20, 2026